# EXHIBIT A

## CONSENT TO JOIN FORM

Consent to Sue Under the Fair Labor Standards Act (FLSA)

I worked for Advantage Weatherization, Inc. as a laborer in Brockton, Massachusetts. I worked in excess of 40 hours in individual workweeks and was not paid overtime and/or for work that I performed before and after my work on the job-site.

I hereby consent to become a plaintiff, pursuant to 29 U.S.C. §216(b), in the action entitled Derek Amaral v. Advantage Weatherization, Inc. and John Kelly, C.A. No. 12-CV-11583-DPW.

I designate Derek Amaral, and his court authorized substitutes, as class representatives to make decisions on my behalf concerning the method and manner of conducting this litigation, the entering of an agreement with counsel concerning attorneys' fees and costs, and all other matters pertaining to this litigation.

Dated: 10/23/12

_____
(signature here)

Casey Weaver
_____
**(print name here)**

**Mail or Fax to:**   Muller Law, LLC
c/o Nancy Sheinberg, Esquire
155 South Main Street, Suite 101
Providence, RI 02903

Fax:   (401) 256-5178

Email: nancy@chipmuller.com

**MUST BE DELIVERED TO COUNSEL IN TIME TO FILE WITH THE COURT**