UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DEREK AMARAL, Individually and on behalf )
of all Current and Former Similarly-Situated )
Employees of Defendants )
Plaintiff )
)
V. ) C.A. NO. 1:12-CV-11583-DPW
)
ADVANTAGE WEATHERIZATION, INC. )
And JOHN KELLY )
    Defendants )

## ANSWER OF THE DEFENDANTS

**I.   PARTIES, JURIDCITION AND VENUE**

1.  The Defendants, Advantage Weatherization, Inc. (Advantage) and John Kelly (Kelly) ("collectively the Defendants) are without sufficient knowledge to either admit or deny the allegations contained in paragraph 1.

2.  The Defendants admit at one time Advantage was located in Quincy but is now located in Brockton, MA.

3.  The Defendants admits the allegations contained in paragraph3.

4.  The Defendants admit the allegations contained in paragraph 4.

5.  The Defendants admit the allegations contained in paragraph 5.

6.  The allegations contained in paragraph 6 constitute conclusions of law and as such no responsive pleading is required.

7.  The Defendants admit Advantage is headquartered in Massachusetts, but in further answering denies it committed the acts giving rise to Plaintiff's claims. The remaining

allegations in paragraph 7 constitute conclusions of law and as such no responsive pleading is required.

8. The allegations contained in paragraph 8 constitute conclusions of law and as such no responsive pleading is required.

9. The allegations contained in paragraph 9 constitute conclusions of law and as such no responsive pleading is required.

10. The Defendants are without sufficient information to either admit or deny the allegations contained in paragraph 10.

## II. FACTS

11. The Defendants admit the allegations contained in paragraph 11.

12. The Defendants admit the allegations contained in paragraph 12.

13. The Defendants admit the allegations contained in paragraph 13.

14. The Defendants admit the allegations contained in paragraph 14.

15. The Defendants are without sufficient information to know when the Residential Weatherization Local Union 7 was organized. The Defendants admit that Local Union 7 was voluntarily recognized by Advantage as the exclusive bargaining representative for the Advantage employees on or about September 2010.

16. The allegations contained in paragraph16 refer to a written document that speaks for itself.

17. The Defendants deny the allegations contained in paragraph 17.

18. The Defendants admit the allegations contained in paragraph 18.

19. The Defendants admit the allegations contained in paragraph 19.

20. The Defendants admit the allegations contained in paragraph 20.

21. The Defendants deny the allegations contained in paragraph 21.

22. The Defendants deny the allegations contained in paragraph 22.

23. The Defendants deny the allegations contained in paragraph 23.

24. The Defendant Kelly denies the allegations contained in paragraph 24.

25. The Defendants deny the allegations contained in paragraph 25.

26. The Defendants deny the allegations contained in paragraph 26.

27. Defendant Kelly denies the allegations contained in paragraph 27.

28. The Defendants deny the allegations contained in paragraph 28 and in further answering state that Scott Gusterson is not an employee of Advantage but the Business Manager for Local Union 7.

29. The Defendants deny the allegations contained in paragraph 29.

30. The Defendants deny the allegations contained in paragraph 30.

31. The Defendants deny the allegations contained in paragraph 31.

32. The Defendants deny the allegations contained in paragraph 32.

33. The Defendants deny the allegations contained in paragraph 33.

34. The Defendants deny the allegations contained in paragraph 34

35. The Defendants deny the allegations contained in paragraph 35.

36. The Defendants deny the allegations contained in paragraph 36.

37. The Defendants deny the allegations contained in paragraph 37.

38. The Defendants deny the allegations contained in paragraph 38.

39. The Defendants are without sufficient information to either admit or deny the allegations contained in paragraph 39.

40. The Defendants are without sufficient information to either admit or deny the allegations contained in paragraph 40.

41. The Defendants deny the allegations contained in paragraph 41.

42. The allegations contained in paragraph 42 refer to a written document that speaks for itself.

43. The allegations contained in paragraph 43 refer to a written document that speaks for itself.

44. The Defendants are without sufficient information to either admit or deny the allegations contained in paragraph 44.

45. The Defendants deny the allegations contained in paragraph 45.

46. The Defendants admit the allegations contained in paragraph 46.

47. The Defendants deny the allegations contained in paragraph 47.

48. The Defendants admit the allegations contained in paragraph 48.

49. The Defendants deny the allegations contained in paragraph 49.

50. The Defendants deny the allegations contained in paragraph 50.

51. The Defendants deny the allegations contained in paragraph 51.

52. The Defendants deny the allegations contained in paragraph 52.

53. The Defendants admit the allegations contained in paragraph 53.

54. The Defendants deny the allegations contained in paragraph 54.

55. The Defendants deny the allegations contained in paragraph 55.

56. The Defendants deny the allegations contained in paragraph 56.

57. The Defendants deny the allegations contained in paragraph 57.

58. The Defendants admit the allegations contained in paragraph 58.

59. The Defendants deny the allegations contained in paragraph 59.

60. The Defendants deny the allegations contained in paragraph 60.

61. The Defendants deny the allegations contained in paragraph 61.

62. The Defendants deny the allegations contained in paragraph 62.

63. The Defendants admit the allegations contained in paragraph 63.

64. The Defendants deny the allegations contained in paragraph 64.

65. The Defendants deny the allegations contained in paragraph 65.

66. The Defendants deny the allegations contained in paragraph 66.

67. The Defendants deny the allegations contained in paragraph 67.

68. The Defendants admit the allegations contained in paragraph 68.

69. The Defendants deny the allegations contained in paragraph 69.

70. The Defendants deny the allegations contained in paragraph 70.

71. The Defendants deny the allegations contained in paragraph 71.

72. The Defendants deny the allegations contained in paragraph 72.

73. The Defendants admit the allegations contained in paragraph 73.

74. The Defendants deny the allegations contained in paragraph 74.

75. The Defendants deny the allegations contained in paragraph 75.

76. The Defendants deny the allegations contained in paragraph 76.

77. The Defendants deny the allegations contained in paragraph 77.

78. The Defendants admit the allegations contained in paragraph 78.

79. The Defendants deny the allegations contained in paragraph 79.

80. The Defendants deny the allegations contained in paragraph 80.

81. The Defendants deny the allegations contained in paragraph 81.

Case 1:12-cv-11583-LTS   Document 29   Filed 01/21/13   Page 6 of 20

82.  The Defendants deny the allegations contained in paragraph 82.

83.  The Defendants admit the allegations contained in paragraph 83.

84.  The Defendants deny the allegations contained in paragraph 84.

85.  The Defendants deny the allegations contained in paragraph 85.

86.  The Defendants deny the allegations contained in paragraph 86.

87.  The Defendants deny the allegations contained in paragraph 87.

88.  The Defendants admit the allegations contained in paragraph 88.

89.  The Defendants deny the allegations contained in paragraph 89.

90.  The Defendants deny the allegations contained in paragraph 90.

91.  The Defendants deny the allegations contained in paragraph 91.

92.  The Defendants deny the allegations contained in paragraph 92.

93.  The Defendants admit the allegations contained in paragraph 93.

94.  The Defendants deny the allegations contained in paragraph 94.

95.  The Defendants deny the allegations contained in paragraph 95.

96.  The Defendants deny the allegations contained in paragraph 96.

97.  The Defendants deny the allegations contained in paragraph 97.

98.  The Defendants admit the allegations contained in paragraph 98.

99.  The Defendants deny the allegations contained in paragraph 99.

100. The Defendants deny the allegations contained in paragraph 100.

101. The Defendants deny the allegations contained in paragraph 101.

102. The Defendants deny the allegations contained in paragraph 102.

103. The Defendants admit the allegations contained in paragraph 103.

104. The Defendants deny the allegations contained in paragraph 104.

105. The Defendants deny the allegations contained in paragraph 105.

106. The Defendants deny the allegations contained in paragraph 106.

107. The Defendants deny the allegations contained in paragraph 107.

108. The Defendants admit the allegations contained in paragraph 108.

109. The Defendants deny the allegations contained in paragraph 109.

110. The Defendants deny the allegations contained in paragraph 110.

111. The Defendants deny the allegations contained in paragraph 111.

112. The Defendants deny the allegations contained in paragraph 112.

113. The Defendants admit the allegations contained in paragraph 113.

114. The Defendants deny the allegations contained in paragraph 114.

115. The Defendants deny the allegations contained in paragraph 115.

116. The Defendants deny the allegations contained in paragraph 116.

117. The Defendants deny the allegations contained in paragraph 117.

118. The Defendants admit the allegations contained in paragraph 118.

119. The Defendants deny the allegations contained in paragraph 119.

120. The Defendants deny the allegations contained in paragraph 120.

121. The Defendants deny the allegations contained in paragraph 121.

122. The Defendants deny the allegations contained in paragraph 122.

123. The Defendants admit the allegations contained in paragraph 123.

124. The Defendants deny the allegations contained in paragraph 124.

125. The Defendants deny the allegations contained in paragraph 125.

126. The Defendants deny the allegations contained in paragraph 126.

127. The Defendants deny the allegations contained in paragraph 127.

128. The Defendants admit the allegations contained in paragraph 128.

129. The Defendants deny the allegations contained in paragraph 129.

130. The Defendants deny the allegations contained in paragraph 130.

131. The Defendants deny the allegations contained in paragraph 131.

132. The Defendants deny the allegations contained in paragraph 132.

133. The Defendants admit the allegations contained in paragraph 133.

134. The Defendants deny the allegations contained in paragraph 134.

135. The Defendants deny the allegations contained in paragraph 135.

136. The Defendants deny the allegations contained in paragraph 136.

137. The Defendants deny the allegations contained in paragraph 137.

138. The Defendants admit the allegations contained in paragraph138.

139. The Defendants deny the allegations contained in paragraph 139.

140. The Defendants deny the allegations contained in paragraph 140.

141. The Defendants deny the allegations contained in paragraph 141.

142. The Defendants deny the allegations contained in paragraph142.

143. The Defendants admit the allegations contained in paragraph 143.

144. The Defendants deny the allegations contained in paragraph 144.

145. The Defendants deny the allegations contained in paragraph 145.

146. The Defendants deny the allegations contained in paragraph 146.

147. The Defendants deny the allegations contained in paragraph 147.

148. The Defendants admit the allegations contained in paragraph 148.

149. The Defendants deny the allegations contained in paragraph 149.

150. The Defendants deny the allegations contained in paragraph 150.

151. The Defendants deny the allegations contained in paragraph 151.

152. The Defendants deny the allegations contained in paragraph 152.

153. The Defendants admit the allegations contained in paragraph 153.

154. The Defendants deny the allegations contained in paragraph 154.

155. The Defendants deny the allegations contained in paragraph 155.

156. The Defendants deny the allegations contained in paragraph 156.

157. The Defendants deny the allegations contained in paragraph 157.

158. The Defendants admit the allegations contained in paragraph 158.

159. The Defendants deny the allegations contained in paragraph 159.

160. The Defendants deny the allegations contained in paragraph 160.

161. The Defendants deny the allegations contained in paragraph 161.

162. The Defendants deny the allegations contained in paragraph 162.

163. The Defendants admit the allegations contained in paragraph 163.

164. The Defendants deny the allegations contained in paragraph 164.

165. The Defendants deny the allegations contained in paragraph 165.

166. The Defendants deny the allegations contained in paragraph 166.

167. The Defendants deny the allegations contained in paragraph 167.

168. The Defendants admit the allegations contained in paragraph 168.

169. The Defendants deny the allegations contained in paragraph 169.

170. The Defendants deny the allegations contained in paragraph 170.

171. The Defendants deny the allegations contained in paragraph 171.

172. The Defendants deny the allegations contained in paragraph 172.

173. The Defendants admit the allegations contained in paragraph 173.

174. The Defendants deny the allegations contained in paragraph 174.

175. The Defendants deny the allegations contained in paragraph 175.

176. The Defendants deny the allegations contained in paragraph 176.

177. The Defendants deny the allegations contained in paragraph 177.

178. The Defendants admit the allegations contained in paragraph 178.

179. The Defendants deny the allegations contained in paragraph 179.

180. The Defendants deny the allegations contained in paragraph 180.

181. The Defendants deny the allegations contained in paragraph 181.

182. The Defendants deny the allegations contained in paragraph 182.

183. The Defendants admit the allegations contained in paragraph 183.

184. The Defendants deny the allegations contained in paragraph 184.

185. The Defendants deny the allegations contained in paragraph 185.

186. The Defendants deny the allegations contained in paragraph 186.

187. The Defendants deny the allegations contained in paragraph 187.

188. The Defendants admit the allegations contained in paragraph 188.

189. The Defendants deny the allegations contained in paragraph 189.

190. The Defendants deny the allegations contained in paragraph 190.

191. The Defendants deny the allegations contained in paragraph 191.

192. The Defendants deny the allegations contained in paragraph 192.

193. The Defendants admit the allegations contained in paragraph 193.

194. The Defendants deny the allegations contained in paragraph 194.

195. The Defendants deny the allegations contained in paragraph 195.

196. The Defendants deny the allegations contained in paragraph 196.

197. The Defendants deny the allegations contained in paragraph 197.

198. The Defendants admit the allegations contained in paragraph 198.

199. The Defendants deny the allegations contained in paragraph 199.

200. The Defendants deny the allegations contained in paragraph 200.

201. The Defendants deny the allegations contained in paragraph 201.

202. The Defendants deny the allegations contained in paragraph 202.

203. The Defendants admit the allegations contained in paragraph 203.

204. The Defendants deny the allegations contained in paragraph 204.

205. The Defendants deny the allegations contained in paragraph 205.

206. The Defendants deny the allegations contained in paragraph 206.

207. The Defendants deny the allegations contained in paragraph 207.

208. The Defendants admit the allegations contained in paragraph 208.

209. The Defendants deny the allegations contained in paragraph 209.

210. The Defendants deny the allegations contained in paragraph 210.

211. The Defendants deny the allegations contained in paragraph 211.

212. The Defendants deny the allegations contained in paragraph 212.

213. The Defendants admit the allegations contained in paragraph 212.

214. The Defendants deny the allegations contained in paragraph 214.

215. The Defendants deny the allegations contained in paragraph 215.

216. The Defendants deny the allegations contained in paragraph 216.

217. The Defendants deny the allegations contained in paragraph 217.

218. The Defendants admit the allegations contained in paragraph 218.

219. The Defendants deny the allegations contained in paragraph 219.

220. The Defendants deny the allegations contained in paragraph 220.

221. The Defendants deny the allegations contained in paragraph 221.

222. The Defendants deny the allegations contained in paragraph 222.

223. The Defendants admit the allegations contained in paragraph 223.

224. The Defendants deny the allegations contained in paragraph 224.

225. The Defendants deny the allegations contained in paragraph 225.

226. The Defendants deny the allegations contained in paragraph 226.

227. The Defendants deny the allegations contained in paragraph 227.

228. The Defendants admit the allegations contained in paragraph 228.

229. The Defendants deny the allegations contained in paragraph 229.

230. The Defendants deny the allegations contained in paragraph 230.

231. The Defendants deny the allegations contained in paragraph 231.

232. The Defendants deny the allegations contained in paragraph 232.

233. The Defendants admit the allegations contained in paragraph 233.

234. The Defendants deny the allegations contained in paragraph 234.

235. The Defendants deny the allegations contained in paragraph 235.

236. The Defendants deny the allegations contained in paragraph 236.

237. The Defendants deny the allegations contained in paragraph 237.

238. The Defendants admit the allegations contained in paragraph 238.

239. The Defendants deny the allegations contained in paragraph 239.

240. The Defendants deny the allegations contained in paragraph 240.

241. The Defendants deny the allegations contained in paragraph 241.

242. The Defendants deny the allegations contained in paragraph 242.

243. The Defendants admit the allegations contained in paragraph 243.

244. The Defendants deny the allegations contained in paragraph 244.

245. The Defendants deny the allegations contained in paragraph 245.

246. The Defendants deny the allegations contained in paragraph 246.

247. The Defendants deny the allegations contained in paragraph 247.

248. The Defendants admit the allegations contained in paragraph 248.

249. The Defendants deny the allegations contained in paragraph 249.

250. The Defendants deny the allegations contained in paragraph 250.

251. The Defendants deny the allegations contained in paragraph 251.

252. The Defendants deny the allegations contained in paragraph 252.

253. The Defendants admit the allegations contained in paragraph 253.

254. The Defendants deny the allegations contained in paragraph 254.

255. The Defendants deny the allegations contained in paragraph 255.

256. The Defendants deny the allegations contained in paragraph 256.

257. The Defendants deny the allegations contained in paragraph 257.

258. The Defendants admit the allegations contained in paragraph 258.

259. The Defendants deny the allegations contained in paragraph 259.

260. The Defendants deny the allegations contained in paragraph 260.

261. The Defendants deny the allegations contained in paragraph 261.

262. The Defendants deny the allegations contained in paragraph 262.

263. The Defendants admit the allegations contained in paragraph 263.

264. The Defendants deny the allegations contained in paragraph 264.

265. The Defendants deny the allegations contained in paragraph 265.

266. The Defendants deny the allegations contained in paragraph 266.

267. The Defendants deny the allegations contained in paragraph 267.

268. The Defendants deny the allegations contained in paragraph 268.

269. The Defendants deny the allegations contained in paragraph 269.

270. The Defendants admit the allegations contained in paragraph 270.

### III. COLLECTIVE ACTION/CLASS ACTION ALLEGATIONS

271. The allegations contained in paragraph 271 constitute conclusions of law and as such no further responsive pleading is required.

272. The allegations contained in this paragraph refer to a written document that speaks for itself.

273. The allegations contained in this paragraph refer to a written document that speaks for itself.

274. The allegations contained in this paragraph refer to a written document that speaks for itself.

275. The allegations contained in this paragraph refer to a written document that speaks for itself.

276. The Defendants deny the allegations contained in paragraph 276.

277. The Defendants deny the allegations contained in paragraph 277.

278. The Defendants deny the allegations contained in paragraph 278.

279. The Defendants deny the allegations contained in paragraph 279.

280. The Defendants deny the allegations contained in paragraph 280.

281. The Defendants deny the allegations contained in paragraph 281.

282. The Defendants deny the allegations contained in paragraph 282.

283. The Defendants deny the allegations contained in paragraph 283.

284. The Defendants deny the allegations contained in paragraph 284.

285. The Defendants deny the allegations contained in paragraph 285.

286. The Defendants deny the allegations contained in paragraph 286.

287. The Defendants deny the allegations contained in paragraph 287.

288. The allegations contained in paragraph 288 constitute conclusions of law and as such no further responsive pleading is required.

289. The allegations contained in paragraph 289 constitute conclusions of law and as such no further responsive pleading is required.

290. The allegations contained in paragraph 290 constitute conclusions of law and as such no further responsive pleading is required.

291. The allegations contained in paragraph 291 constitute conclusions of law and as such no further responsive pleading is required.

292. The Defendants deny the allegations contained in paragraph 292.

293. The allegations contained in paragraph 293 constitute conclusions of law and as such no further responsive pleading is required.

294. The allegations contained in paragraph 294 constitute conclusions of law and as such no further responsive pleading is required.

295. The Defendants are without sufficient information to know whether or not the Court will have difficulty in managing a collective and class action.

296. The allegations contained in paragraph 296 constitute conclusions of law and as such no further responsive pleading is required.

297. The allegations contained in paragraph 297 constitute conclusions of law and as such no further responsive pleading is required.

298. The allegations contained in paragraph 298 constitute conclusions of law and as such no further responsive pleading is required.

## COUNT I

### WILLFUL REFUSAL TO PAY PROPERLY-COMPUTED OVERTIME PREMIUMS
### 29 U.S.C. §§207 AND 215(a)(2)

299. The Defendants restate all of their responses and defenses to paragraphs 1 through 298 as if more completely set forth herein.

300. The Defendants deny the allegations contained in paragraph 300.

301. The Defendants deny the allegations contained in paragraph 301.

302. The Defendants deny the allegations contained in paragraph 302.

303. The Defendants deny the allegations contained in paragraph 303.

304. The Defendants deny the allegations contained in paragraph 304.

305. The Defendants deny the allegations contained in paragraph 305.

306. The Defendants deny the allegations contained in paragraph 306.

307. The Defendants deny the allegations contained in paragraph 307.

## COUNT II
### WILLFUL REFUSAL TO MAKE TIMELY FULL WAGE PAYMENTS
### 29 C.F.R. §778.106 & 29 U.S.C. §§ 207 AND 215(a)(2)

308. The Defendants restate all of their responses and defenses to paragraphs 1 through 307 as if more completely set forth herein.

309. The Defendants deny the allegations contained in paragraph 309.

310. The Defendants deny the allegations contained in paragraph 310.

311. The Defendants deny the allegations contained in paragraph 311.

## COUNT III
## WILLFUL REFUSAL TO PAY
## FLSA RETALIATION
## 29 U.S.C. §215(a)(3)

312. The Defendants restate all of their responses and defenses to paragraphs 1 through 311 as if more completely set forth herein.

313. The Defendants deny the allegations contained in paragraph 313.

314. The Defendants deny the allegations contained in paragraph 314.

315. The Defendants deny the allegations contained in paragraph 315.

316. The Defendants deny the allegations contained in paragraph 316.

## COUNT IV
## WRONGFUL DISCHARGE IN VIOLATIONS OF PUBLIC POLICY

317. The Defendants restate all of their responses and defenses to paragraphs 1 through 316 as if more completely set forth herein.

318. The Defendants deny the allegations contained in paragraph 318.

## COUNT V
## WILLFUL REFUSAL TO PAY FOR HOURS WORKED
## 29 U.S.C. §§207 AND 215(a)(2)

319. The Defendants restate all of their responses and defenses to paragraphs 1 through 318 as if more completely set forth herein.

320. The Defendants deny the allegations contained in paragraph 320.

321. The Defendants deny the allegations contained in paragraph 321.

322. The Defendants deny the allegations contained in paragraph 322.

323. The Defendants deny the allegations contained in paragraph 323.

## COUNT VI
## WILLFUL REFUSAL TO PAY OVERTIME
### Mass. Gen. Laws ch. 151, §§1A, 1B and 19

324. The Defendants restate all of their responses and defenses to paragraphs 1 through 323 as if more completely set forth herein.

325. The Defendants deny the allegations contained in paragraph 325.

Wherefore, the Defendants pray that this Court dismiss the Complaint of the Plaintiffs, or in the alternative, award judgment to the Defendants.

## AFFIRMATIVE DEFENSES

### FIRST AFFIRMATIVE DEFENSE

The Plaintiffs fail to state a claim upon which relief may be granted.

### SECOND AFFIRMATIVE DEFENSE

The Plaintiffs have no standing to assert some or all of the causes of action set forth in this Complaint.

### THIRD AFFIRMATIVE DEFENSE

The Plaintiffs' Complaint is barred by the applicable statute of limitations.

### FOURTH AFFIRMATIVE DEFENSE

Plaintiffs' claims are barred and/or limited by the doctrine of accord and satisfaction.

### FIFTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred because they failed to comply with conditions precedent to suit.

### SIXTH AFFIRMATIVE DEFENSE

The Plaintiffs' claims are barred by their failure to exhaust administrative remedies.

### SEVENTH AFFIRMATIVE DEFENSE

At all times pertinent hereto, the Defendants have complied with their statutory and contractual obligations and acted in good faith.

### EIGHTH AFFIRMATIVE DEFENSE

Some or all of Plaintiffs' claims may be barred in whole or in part by the doctrines of accord and satisfaction, laches, release, statute of frauds, or waiver.

### NINTH AFFIRMATIVE DEFENSE

To the extent the Federal Rules of Civil Procedure mandate that any and all affirmative defenses not set forth are waived, the Defendants assert any and all affirmative defenses contemplated by the rules of civil procedure if the same become available to Defendants through discovery and/or trial.

ADVANTAGE WEATHERIZATION, INC.
AND JOHN KELLY
By their attorney,

DATED: January 21, 2013

/s/ *James F. Grosso*
James F. Grosso – BBO 213320
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Suite 102
Framingham, MA 01701-5400
Tel: 508/620-0055
jgrosso@ogglaw.com

### CERTIFICATE OF SERVICE

I, James F. Grosso, hereby certify that on January 21, 2013 a copy of this Answer of the Defendants was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic

filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                     /s/ *James F. Grosso*
                                                  James F. Grosso