# EXHIBIT 2

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DEREK AMARAL, Individually and on behalf :
of all Current and Former Similarly-Situated :
Employees of Defendants, :
    *Plaintiff* :
     :
v. : C.A. NO. 1:12-CV-11583
     :
ADVANTAGE WEATHERIZATION, INC. :
and JOHN KELLY, :
    *Defendants* :

## DECLARATION OF CHIP MULLER, ESQ. IN SUPPORT OF PLAINTIFFS' SECOND MOTION FOR AN EXTENSION OF TIME TO RESPOND TO DEFENDANTS' FIRST SET OF INTERROGATORIES

I, Chip Muller, under oath to hereby depose and state:

1. I have personal knowledge of the facts to which I testify below.

2. Since receiving Defendants First Set of Interrogatories, Plaintiffs have been working assiduously on gathering responsive answers to Defendants' First Set of Interrogatories from all 28 Plaintiffs from which answers were requested.

3. Plaintiffs have been able to reach almost all plaintiffs and have helped them craft answers to Defendants' numerous interrogatories.

4. From responsive individuals, Plaintiffs' counsel has secured draft answers to almost all of Defendants' interrogatories.

5. Plaintiffs are currently helping Plaintiffs formalize and edit their various answers, which we expect to finish this week.

6. Then, Plaintiffs' counsel must secure each individual's signature and notarization.

7. Plaintiffs estimate that most interrogatory answers can be served in two to three weeks from the date of this motion.

_____
Chip Muller, Esq.

SUBSCRIBED AND SWORN TO before me this 28th day of October, 2013.

_____
Jeffrey D. Lundgren, Notary Public
Comm. Exp.: 8/26/2017

                                          Respectfully submitted,
                                          DEREK AMARAL ET AL.
                                          By Their Attorney,

                                          /s/ Chip Muller
                                          Chip Muller, Esq. (BBO # 672100)
                                          Muller Law, LLC
                                          155 South Main Street, Suite 101
                                          Providence, RI 02903
                                          (401) 256-5171 (ph)
                                          (401) 256-5178 (fax)
                                          chip@chipmuller.com

Dated: October 28, 2013