UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK AMARAL, Individually and on behalf of all Current and Former Similarly-Situated Employees of Defendants<br>Plaintiff<br><br>V.<br><br>ADVANTAGE WEATHERIZATION, INC.<br>And JOHN KELLY<br>    Defendants | C.A. NO. 1:12-CV-11583-DPW |

## DEFENDANTS' MOTION FOR PROTECTIVE ORDER

Now come the Defendants in the above-entitled matter and pursuant to Fed. R. Civ. P 26(c)(1)(E) and 26(c)(1)(G) move that this honorable Court issue the attached Protective Order. In support thereof, the Defendants state that counsel for the Plaintiffs and Defendants engaged in substantial Rule 37 discussions via telephone on August 29, 2013, September 9, 2013, and September 11, 2013, as well as conferenced these issues in various email discussions. As a result of these discussions, the Defendants have agreed to disclose certain financial information requested by the Plaintiffs in their Requests for Production of Documents, subject to the issuance of an agreed-upon Protective Order. The parties have negotiated the attached Protective Order. The Plaintiffs assent to this Motion.

                                          Respectfully submitted,
                                          ADVANTAGE WEATHERIZATION, INC.
                                          AND JOHN KELLY
                                          By their attorneys,

DATED: October 30, 2013                     /s/ *James F. Grosso*
                                          James F. Grosso – BBO 213320
                                          Miranda S. Jones –BBO 557803
                                          O'Reilly, Grosso & Gross, P.C.
                                          1661 Worcester Road, Suite 403
                                          Framingham, MA 01701-5400
                                          Tel: 508/620-0055
                                          jgrosso@ogglaw.com

## CERTIFICATE OF SERVICE

      I, James F. Grosso, hereby certify that on October 30, 2013, a copy of this Motion for Protective Order was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

                                                            /s/ *James F. Grosso*
                                                            James F. Grosso