UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DEREK AMARAL, Individually and on behalf
of all Current and Former Similarly-Situated
Employees of Defendants,
    *Plaintiff*

v.      C.A. NO. 1:12-CV-11583

ADVANTAGE WEATHERIZATION, INC.
and JOHN KELLY,
    *Defendants*

## PLAINTIFF'S SECOND REQUEST FOR PRODUCTION OF DOCUMENTS TO DEFENDANT ADVANTAGE WEATHERIZATION, INC.

Pursuant to Rule 34 of the Federal Rules of Civil Procedure, Plaintiff Derek Amaral, individually and on behalf of all current and former similarly-situated employees of Defendants, requests that Defendant Advantage Weatherization, Inc. ("Advantage") produce the documents specified in this Second Request for Production of Documents, no later than thirty (30) days after service, to Chip Muller, Esq., at the offices of Muller Law, LLC, 155 S. Main St., Suite 101, Providence, Rhode Island, 02903.

## GENERAL INSTRUCTIONS

1. Please number each document with a unique numerical identifier ("Bates number").

2. Please specify which documents are responsive to which requests.

3. If any document or thing herein requested was formerly in the possession, custody or control of the producing party and has been lost, destroyed or deleted, that party is requested to submit in lieu of each document a written statement which:

    a.    Describes in detail the nature of the document and its contents;

    b.    Identifies the person who prepared or authored the document and, if applicable, the person to whom the document was sent.

    c.    Specifies the date on which the document was prepared or transmitted or both; and specifies, if possible, the date on which the document was lost or destroyed, and, if destroyed, the conditions of or reasons for such destruction and the persons requesting and performing the destruction.

4.    If any documents otherwise to be produced by this request are withheld, the producing party shall identify the document by stating its date, author, recipients and the reason for withholding.

5.    This request for production of documents is continuing and requires supplemental or amended answers to the extent required by Federal Rules of Civil Procedure, Rule 26(e).

### INSTRUCTIONS CONCERNING CLAIMS OF PRIVILEGE OR IMMUNITY

As to each document herein requested to be produced that you withhold on the ground of privilege or as having been prepared in anticipation of litigation, state the following information:

    a.    its date;

    b.    names and positions of all persons who participated in its preparation;

    c.    names and positions of all persons to whom the document or a copy was addressed or who have seen the document or a copy thereof or to whom its contents have been disclosed;

    d.    its subject matter; and

    e.    your grounds for non-production.

## DOCUMENTS REQUESTED

### REQUEST NO. 1

All payroll records for every person who is employed or ever was employed by Advantage Weatherization, Inc., as a residential weatherization laborer, weatherization worker, door and window installer, crew chief, energy installer, field employee, or other similarly-situated non-exempt hourly employee at any time after August 23, 2009 until the present.

### REQUEST NO. 2

All payroll records for every person who is employed or ever was employed by Advantage Weatherization, Inc., to perform labor at any time in Advantage's Brockton warehouse.

    Respectfully,
    DEREK AMARAL
    By His Attorney,

    /s/ Chip Muller
    Chip Muller, Esq. (BBO # 672100)
    Muller Law, LLC
    155 South Main Street, Suite 101
    Providence, RI 02903
    (401) 256-5171 (ph)
    (401) 256-5178 (fax)
    chip@chipmuller.com

Dated: March 20, 2013

- 4 -

## CERTIFICATION

I hereby certify that on this March 20, 2013, a copy of this document was served via email and First Class Mail upon Defendants' counsel of record:

James F. Grosso
O'Reilly, Grosso & Gross, P.C.
1671 Worcester Road, Suite 102
Framingham, MA  01701-5400

/s/ Chip Muller