# EXHIBIT A



**MULLERLAW**LLC

Chip Muller, Esq.



RECEIVED NOV 25 2013 By _____

James F. Grosso, Esq.
O'Reilly, Grosso & Gross, P.C.
1661 Worcester Road, Suite 403
Framingham, MA 01701-5400

Re: Derek Amaral, Individually and on behalf of all Current and former similarly-situated employees of Defendants v. Advantage Weatherization, Inc. and John Kelly 12-CV-11583

Dear Attorney Grosso:                                22 November 2013

Enclosed are Plaintiffs' Answers to Defendants' Fist Set of Interrogatories for the following individuals: Donald Baravella, Derek Carvalho, Todd Carvalho, Darryll Hutchins, Tony Maldonado, Albert Marino, Louis Martin, Jeffrey Morais, Eric Murphy, Stephen Sampson, Stevie Vieira, Casey Weaver, and Thomas Worsely.

Although you did not request Interrogatory Responses from Markell Daise, we have nonetheless also provided his responses.

Gary Brown, Shayna Hancock, and Gary White have completed their Interrogatory Responses, which are enclosed, but we do not yet have their signed/notarized signature pages back. We will forward those to you as soon as we receive the signed pages.

Additionally, you agreed we did not need to provide Interrogatory Responses for plaintiffs you deposed. Therefore, we have not included Interrogatory Responses for Jason Marcy, Thomas O'Leary or Scott Wheeler.

Further, as I believe we previously indicated to you, Richard Medeiros has moved and we have not been able to contact him. We have requested his AWI employee file be produced, and hope it will have information that will allow us to contact him.

Also, we have not provided Interrogatory Responses for Bruno Baptista, Richard DiMare, Edward Hood, Janie Little, Allan Moyers, Shane O'Neill or Brandon Yow, who were not employees similarly situated to Mr. Amaral.

Finally, please find enclosed a Notice of Deposition for John Kelly.

Please contact me should you have any questions.

Thank you,

*Chip Muller*

Chip Muller, Esq.