# UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK AMARAL, Individually and on behalf of all Current and Former Similarly-Situated Employees of Defendants,<br>    *Plaintiff,*<br><br>v.<br><br>ADVANTAGE WEATHERIZATION, INC. and JOHN KELLY,<br>    *Defendants* | C.A. NO. 1:12-CV-11583 |

## PLAINTIFF'S MOTION FOR LEAVE
## TO FILE AN AMENDED COMPLAINT

Pursuant to Rules 15(a)(2) and 21 of the Federal Rules of Civil Procedure, Plaintiffs Derek Amaral and similarly-situated employees move this Honorable Court for leave to file the proposed Amended Complaint in the form attached as Exhibit 1 hereto. The Amended Complaint seeks to add claims against corporate defendants owned by Defendant John Kelly and located in the very same office space as Defendant Advantage Weatherization, Inc. ("Advantage Weatherization"). The proposed Amended Complaint does not add any new theories of liability against any Defendant. All Defendants in the draft Amended Complaint are owned and operated by the same people as own and operate Advantage Weatherization and are thus already on notice of all claims in this suit.

Plaintiffs Derek Amaral and Collective Action/Class Members respectfully ask this Honorable Court to grant this Motion for Leave to File and Amended Complaint.

                DEREK AMARAL
                By His Attorney,

                /s/ Chip Muller
                Chip Muller, Esq. (BBO # 672100)
                Muller Law, LLC
                155 South Main Street, Suite 101
                Providence, RI 02903
                (401) 256-5171 (ph)
                (401) 256-5178 (fax)
                chip@chipmuller.com

Dated: December 27, 2013

## CERTIFICATIONS

      I hereby certify that I conferred with opposing counsel in a good faith attempt to narrow the issues in this motion pursuant to Rule 7.1(a)(2) of this Court's Local Rules.

      I hereby certified that on this 27th day of December 2013, I served a true copy of this document, via this Court's CM/ECF, to:

James F. Grosso, Esq.
O'Reilly, Grosso & Gross, P.C.
1661 Worcester Road, Suite 403
Framingham, MA  01701-5400
jgrosso@ogglaw.com

                /s/ Chip Muller