# EXHIBIT 2

# William Francis Galvin
## Secretary of the Commonwealth of Massachusetts

HOME   DIRECTIONS   CONTACT US

Search sec.state.ma.us
[Search]

# Corporations Division

## Business Entity Summary

**ID Number:** 272049440    [Request certificate]   [New search]

**Summary for:** ADVANTAGE WEATHERIZATION, INC.

| | |
|---|---|
| The exact name of the Domestic Profit Corporation: | ADVANTAGE WEATHERIZATION, INC. |
| Entity type: | Domestic Profit Corporation |
| Identification Number: 272049440 | Old ID Number: |
| Date of Organization in Massachusetts: 03-06-2010 | |
| | Last date certain: |
| Current Fiscal Month/Day: 12/31 | Previous Fiscal Month/Day: 12/31 |

**The location of the Principal Office:**

Address:   1150 WEST CHESTNUT STREET SUITE 3

City or town, State, Zip code, Country:   BROCKTON, MA   02301   USA

**The name and address of the Registered Agent:**

Name:   JEFFREY C. O'NEILL

Address:   C/O CONDYNE, LLC 1150 WEST CHESTNUT STREET, SUITE 3

City or town, State, Zip code, Country:   BROCKTON, MA   02301   USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | JOHN KELLY | 1150 WEST CHESTNUT ST BROCKTON, MA 02301 USA |
| TREASURER | JEFFREY O'NEILL | 1150 WEST CHESTNUT ST BROCKTON, MA 02301 USA |
| SECRETARY | DONALD O'NEILL | 1150 WEST CHESTNUT ST BROCKTON, MA 02301 USA |
| DIRECTOR | JOHN KELLY | 1150 WEST CHESTNUT ST BROCKTON, MA 02301 USA |
| DIRECTOR | JEFFREY O'NEILL | 1150 WEST CHESTNUT ST BROCKTON, MA 02301 USA |
| DIRECTOR | DONALD O'NEILL | 1150 WEST CHESTNUT ST BROCKTON, MA 02301 USA |

**Business entity stock is publicly traded:** ☐

**The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:**

| Class of Stock | Par value per share | Total Authorized | | Total Issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |
| CWP | $ 1.00 | 99 | $ 99.00 | 99 |

☐ Consent   ☐ Confidential Data   ☐ Merger Allowed   ☐ Manufacturing

**View filings for this business entity:**