# EXHIBIT A

1

```
 1                    UNITED STATES DISTRICT COURT
                   FOR THE DISTRICT OF MASSACHUSETTS
 2


 3    DEREK AMARAL, INDIVIDUALLY    :
      AND ON BEHALF OF ALL          :
 4    CURRENT AND FORMER            :
      SIMILARLY SITUATED            :
 5    EMPLOYEES OF DEFENDANT        :
                                    :
 6    vs.                           : C.A. NO. 1:12-CV-11583
                                    :
 7    ADVANTAGE WEATHERIZATION,     :
      INC. AND JOHN KELLY           :
 8


 9


10         DEPOSITION OF JOSEPH E. LAMBALOT, a Witness taken
      in the above-entitled cause, taken on behalf of the
11    PLAINTIFFS, pursuant to notice, before Linda S. Taylor,
      a Notary Public in and for the State of Rhode Island, at
12    the Law Offices of Muller Law, LLC, 155 South Main
      Street, Suite 101, Providence, Rhode Island, on July 29,
13    2013, at 9:00 A.M.


14


15    APPEARANCES:

16    For the Plaintiff.....MULLER LAW, LLC
                      BY:  CHIP MULLER, ESQ.
17                            -and-
                           NANCY SHEINBERG, ESQ.

18


19    For the Defendant.....O'REILLY, GROSSO & GROSS, P.C.
                      BY:  JAMES F. GROSSO, ESQ.
20                             -and-
                           MIRANDA JONES, ESQ.

21


22    Also Present:  DEREK AMARAL

23                   MERANDI COURT REPORTING
               48 Hurlburt Avenue - Johnston, RI 02919
24                      (401) 441-2576
```

28

```
 1          A.   Discuss the week's events with John Kelly

 2          prior to.

 3     Q.   Any estimate of how many hours in a typical week

 4          you work for ACI?

 5          A.   Not sure.

 6     Q.   Varies?

 7          A.   It varies.

 8     Q.   I mean, could it be as much as ten hours a week?

 9          A.   Could be.

10     Q.   Could it be more than ten hours a week?

11          A.   Sometimes it could be.  I don't keep track.

12     Q.   Could it be a majority of the week?

13          A.   I'd have to think back, but...

14     Q.   Well, in the last year.

15          A.   I wouldn't say majority.

16     Q.   But it could be, say, half the week?

17          A.   Could be.

18     Q.   How about Mr. Machado, does he work for ACI, as

19          well?

20          A.   No, he works for AWI.

21     Q.   And does he ever work for ACI?

22          A.   Not really.

23     Q.   How about Mr. DeGrazia, does he work for both

24          companies?
```

41

```
 1        A.   Starting from the bottom coming up, number 74,

 2        Bruno Pires; number 70, Joe Cosenza; number 69,

 3        Bill Kelly.

 4                 MR. GROSSO:  Keep your voice up a

 5        little so she can hear you.

 6        A.   Number 68, Don Houle; 67, Jim Thornton; 66,

 7        Rick Branco.  I believe that was it.

 8   Q.   Michael Jackson, AWI employee?

 9        A.   Yes.

10                 (OFF THE RECORD)

11   Q.   Is there any significance to the numbers?  Is this

12        in order of hire, do you know, with the exception

13        of the superintendents and the administration?

14        A.   I think it might have just been alphabetical,

15        but I'm not aware of any significance.

16   Q.   Okay.  So the ones that you named and checked off

17        are the ones that worked for ACI?

18        A.   Correct.  I guess you can include myself

19        there, too.

20   Q.   At the time you were working for ACI?

21        A.   Well, I spent some time.

22   Q.   Well, let me just clarify.  You spent some time

23        there, but you were clear that you worked for AWI

24        at the time, right?
```

MERANDI COURT REPORTING (401) 441-2576

104

1    Q.   And what would they say?

2         A.   That they were confused on whether they had to

3         be at the shop or not.

4    Q.   Okay.  What else were they confused about?  Were

5         they confused why they weren't getting overtime for

6         the time after they arrived at the warehouse?

7         A.   Some crews.  Some crews talked about that.

8    Q.   And some crews were confused why they weren't being

9         paid for the time between the end of work at the

10        job site and the time they arrived back at the

11        warehouse at the end of the day?

12        A.   Some guys may have mentioned that, as well.

13   Q.   Do you remember which guys?

14        A.   No, I do not.

15   Q.   And so you brought this to Mr. DeGrazia's

16        attention?

17        A.   I believe I talked with Dennis, John and Brian

18        at different times.

19   Q.   About the worker's confusion?

20        A.   Concerns.

21   Q.   Concerns.

22             And what did Mr. Kelly say in response?

23        A.   That the ride in the truck is not time that

24        they're working.

121

```
 1                         MR. GROSSO:  Yes, you can lead.

 2          I'm not objecting to the leading questions.  I'm

 3          objecting to you putting the evidence on the

 4          record and not the witness.

 5                         MR. MULLER:  I'm asking questions.

 6          I think I'm entitled to ask him questions, Jim.

 7     Q.   Okay.  So how does a worker know what time to put

 8          on the time sheet in the in-box where Mr. Silva has

 9          written 8s?

10     A.    That would be the time that he started.

11     Q.   How are AWI workers informed, how are they told

12          what time to put in there?  Who informed AWI

13          workers what time to put in there in the in-box

14          indicating the start of the workday?

15     A.    Well, we explain to employees that it's an

16          eight to 4:30 job, unless things change.

17     Q.   So they're supposed to put an in time of 8:00 every

18          day?

19     A.    If that's the hours they started working,

20          yeah.

21     Q.   All right.  So what if they arrive early, you said

22          they wait until eight?

23     A.    Yes.

24     Q.   Okay.  And then what if they arrive after eight?
```

187

```
 1         A.    I just thought it was interesting.

 2    Q.   And how often do you see guys playing soccer?  Is

 3         this at the warehouse?

 4         A.    This is at the warehouse.

 5    Q.   How often do you see guys playing soccer at the

 6         warehouse?

 7         A.    On occasion.

 8    Q.   Is this before work or after work, if you know?

 9         A.    I believe it was after work.

10    Q.   After 4:30?

11         A.    I believe so.

12    Q.   No rule against playing soccer?

13         A.    No, I don't believe we have any rules about

14         playing soccer.

15    Q.   They weren't breaking any rules in this photo?

16         A.    Not that I'm aware of.

17    Q.   Did it bother you at all, them playing soccer on

18         this day?

19         A.    No, it didn't bother me.

20    Q.   Are there materials in the warehouse that are used

21         by ACI?

22         A.    There may be a few.  I'm not sure.

23    Q.   Okay.  Who would know?

24         A.    Well, depends on the particular material.
```

189

```
 1          with U.S. Window & Doors.  So we would use it for

 2          weatherization.

 3     Q.   Okay.  I have to admit, I don't understand what you

 4          just told me.  Maybe you could explain it a little

 5          bit for me.

 6     A.   I believe the weatherization was started with

 7          U.S. Window & Door.

 8     Q.   Okay.  You mean that the company -- do you mean the

 9          company used to be U.S. Window & Door?

10     A.   No.  AWI was then formed after.

11               MR. MULLER:  Okay.  Can you read

12          back Mr. Lambalot's answer a couple of answers

13          ago, please.

14                    (PREVIOUS ANSWER READ)

15     Q.   What do you mean by weatherization work was done

16          with U.S. Window & Door?

17     A.   Weatherization work was being done with U.S.

18          Window & Door.

19     Q.   What do you mean "with"?  I don't understand what

20          you mean by "with."

21     A.   They were the contractor doing the work.

22     Q.   And in what time frame?

23     A.   Early 2010.

24     Q.   Until when?
```

MERANDI COURT REPORTING (401) 441-2576