# EXHIBIT B

# In The Matter Of:

## *Amaral vs*
## *Advantage Weatherization, Inc.*

*Brian Machado*
*July 31, 2013*



Tel: (401)946-5500
1-888-44DEPOS(443-3767)
Fax: (401)946-9228

JGrenier@alliedcourtreporters.com
www.AlliedCourtReporters.com

*Min-U-Script® with Word Index*

1  Q.  Was it your habit when a worker did not put
2      punches in and out to ask the worker when he or
3      she started and ended the day?
4  A.  I would try to get them to fill it out
5      completely, but you just --
6  Q.  Not always possible?
7  A.  No.
8  Q.  It's, like, herding calves. Next page is the week
9      of July 18th of 2010. Again, no punches in or
10     out? No indication of times in and out; right?
11 A.  Right.
12 Q.  And in cases like these, you would rely on the
13     total hours worked in the middle of the page, the
14     8s there?
15 A.  Yes.
16 Q.  All right. Next page is the week of August 9th of
17     2010. Here it indicates a start time of 8 a.m.,
18     right, on Monday?
19 A.  Yes.
20 Q.  And a punch out at noon; right?
21 A.  Yes.
22 Q.  Back in at 12:30 right?
23 A.  Yes.
24 Q.  And out at 4:30; right?
25 A.  Yes.

1   Q.   How did the workers know what times to put on
2        their timesheets?
3   A.   They were told what hours they were supposed
4        to work.
5   Q.   So, you agree that workers put on their timesheets
6        the hours they were supposed to work?
7   A.   No.
8            MR. MULLER: Can you read back my last
9        question, please?
10           (TESTIMONY READ BACK AS REQUESTED)
11  Q.   Okay. So, what were your instructions to workers
12       -- in 2010 and 2011, what were your instructions
13       to Weatherization workers on how to fill out the
14       top row of the timesheet that shows punches in and
15       out?
16  A.   The hours that they work goes on the top.
17  Q.   Actual hours worked?
18  A.   Yes.
19  Q.   The same goes for Mr. Lambalot, same instructions?
20  A.   Yes.
21  Q.   What were Mr. Kelly's instructions to you about
22       how to tell Weatherization workers how to fill out
23       their timecards?
24  A.   The hours that they were supposed to work goes
25       on the top. The day is 8:00 to 4:30, that's what

1     they're supposed to work.
2  Q. Okay. I'm just trying to clarify. You say
3     supposed to work, what if they work different
4     hours?
5  A. Then it would be on the timecard as it is
6     right here.
7  Q. And that was Mr. Kelly's instructions to you and
8     Mr. Lambalot?
9  A. Yes.
10 Q. That workers should put down the actual time that
11    they work?
12 A. Yes.
13 Q. Now, when did crew chiefs arrive in the morning in
14    2011?
15 A. All different times.
16 Q. Okay. Give me a range?
17 A. Quarter of 7, 7:00.
18 Q. Okay. Fair to say that most crew chiefs in 2011
19    -- at all points in 2011 arrived at 6:45 and 7
20    a.m.?
21 A. Yes.
22 Q. And when they arrived, they spoke with their
23    superintendent?
24 A. Yes.
25 Q. And they talked about the job that was about to

1    occur?
2    A. Yes.
3 Q. They went over the work order?
4    A. Yes.
5 Q. And they checked -- crew chiefs checked to make
6    sure the truck was packed; correctly?
7    A. No.
8 Q. Whose responsibility was it to check?
9    A. Whoever loaded the truck.
10 Q. All right. So the superintendent doesn't go in to
11    -- does the superintendent ever go in to load --
12    to look at the truck to make sure it's packed
13    correctly?
14    A. Yes.
15 Q. All right. And then after the crew chiefs look at
16    the work order, they talk to their crew about the
17    job?
18    A. Yes.
19 Q. And they tell them what the job is going to
20    entail?
21    A. Sometimes.
22 Q. All right. Now, when the guys arrive in the
23    morning, they don't necessarily know which crew
24    they're on; right?
25    A. Usually they do because they'll look at the

1      most of the time.
2      A.  Most of the time, yeah.
3  Q.  What do you typically do in the mornings?  First
4      of all, when do you arrive?
5      A.  6 a.m.
6  Q.  What do you do from 6 to 6:30, typically?
7      A.  Make sure the trucks are loaded, make sure the
8      jobs are in place.  If there's any changes,
9      someone calls out, make changes.
10 Q.  Okay.  And are you in the office or are you in the
11     warehouse?
12     A.  Warehouse.  I have an office in the warehouse.
13 Q.  Where is that?
14     A.  Where is it located?
15 Q.  Yes.
16     A.  In the first room before you walk into the
17     warehouse.
18 Q.  It kind of looks, like, a shop?
19     A.  The shop is in the back of the office adjacent
20     to where you parked your car yesterday.
21 Q.  All right.  So, right next to my car there was a
22     door you go in, there was a bunch of two-part foam
23     on the right?
24     A.  Yeah.
25 Q.  There's a counter on the left, it looks like an

1          there is a guy that you know who likes to drive?
2          A.   Yes.
3     Q.   And you can count on him to be there on time and
4          drive the truck up?
5          A.   Yes.
6     Q.   And drive the truck back?
7          A.   Yes.
8     Q.   Now, you'll agree that the stuff inside -- the
9          materials and tools inside the truck are essential
10         to your Weatherization work?
11         A.   Yes.
12    Q.   And you agree that the truck is essential to get
13         that stuff up to the job site and back?
14         A.   Yes.
15    Q.   Forgive me if I've asked you this already, but
16         have you ever been stuck with a crew where no one
17         was a med cert?
18                  MR. GROSSO:  You did ask that question.
19                  MR. MULLER:  Are you sure?
20                  MR. GROSSO:  Nodded in the affirmative.
21                  MR. MULLER:  Mark that, please.
22                  (PLAINTIFFS' EXHIBIT 6 MARKED FOR I.D.)
23    Q.   Can you tell me what Exhibit 6 is depicting?
24         A.   Showing the board, the white board.
25    Q.   And this shows the crews for the current projects

```
 1        being paid overtime correctly?
 2        A.  I'm not aware of that.
 3   Q.   Okay.  Did you ever become aware of Weatherization
 4        workers' complaints about how they were being
 5        paid?
 6        A.  No.
 7   Q.   You never heard of Weatherization workers
 8        complaining about the way they were being paid?
 9        A.  Not that I can recall, no.
10   Q.   And you never heard complaints about
11        Weatherization workers saying that they deserve
12        more overtime?
13        A.  No.
14   Q.   Did you ever hear about Mr. Amaral's complaint to
15        the U.S. Department of Labor about overtime?
16        A.  Yes.
17   Q.   And what did you hear?
18        A.  Basically that he had a grievance with the
19        company, that he wasn't getting the right amount
20        of hours.
21   Q.   And did the company do anything in response?
22        A.  Not that I'm aware of.
23   Q.   Did the company change any policies with respect
24        to timesheets or the payment of overtime after Mr.
25        Amaral's complaint?
```

1     A. Not that I'm aware of.
2  Q. Did Mr. Kelly at any time from 2010 to the
3     present, did Mr. Kelly ever tell you to change the
4     way that you were approving timesheets?
5     A. No.
6  Q. At any time in the history of AWI, did Mr. Kelly
7     ever tell you to change the way that workers were
8     filling out their timesheets?
9     A. No.
10 Q. At any time in the history of AWI, did Mr. Kelly
11    tell you that Weatherization workers should be
12    paid differently?
13    A. No.
14 Q. At any time, did you ever learn that some
15    Weatherization workers were complaining to their
16    Union about the way they were being paid by AWI?
17    A. I don't get involved with the Union.
18 Q. I'm asking if you heard anything about it?
19    A. I maybe heard some things that people were
20    unhappy.
21 Q. Okay. What did you hear?
22    A. I can't recall. I just know that there was
23    discussions.
24 Q. Something in general?
25    A. I don't get involved with that stuff.

1  Q.    Isn't it possible that if every Weatherization
2        worker called and said they were going directly to
3        the job site that there wouldn't be enough guys to
4        drive the truck up?
5  A.    It's possible.
6  Q.    And how do you prevent that from happening?
7  A.    I don't.
8  Q.    How come?
9  A.    Because, what can I do?
10 Q.    Well, you wouldn't put your company in a position,
11       or yourself in a position where you didn't have a
12       driver for a truck; right?
13 A.    There's always somebody that will drive the
14       truck.
15 Q.    There's always enough guys to show up to drive a
16       truck?
17 A.    Right.
18 Q.    So you've never had to worry about that?
19 A.    No.
20           MR. MULLER:  Let's take a 20 minute break.
21           MR. GROSSO:  I know you said you'd be done
22       by 5.
23           MR. MULLER:  Yes, I'm winding down.
24           MR. GROSSO:  Do you want to go grab
25       something to eat and make it a half-an-hour, or do