# EXHIBIT C

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DEREK AMARAL, Individually and on behalf
of all Current and Former Similarly-Situated
Employees of Defendants,
*Plaintiff,*

v.

ADVANTAGE WEATHERIZATION, INC.
and JOHN KELLY,
*Defendants*

C.A. No. 1:12-CV-11583

## DECLARATION OF LUCIANO PEREIRA

I, Luciano Pereira, under oath, do depose and state:

1. I have personal knowledge of the facts about which I testify below.

2. I have known Brian Machado for 25 years.

3. I have known Derek Amaral for his entire life.

4. I was among the first hourly employees hired by Advantage Weatherization, Inc., when the company started in 2010.

5. On work days, I almost always arrived at the Advantage Warehouse at 6:30 a.m.

6. In approximately late August, 2010, as we got busier, and we took more and more jobs farther away, Brian Machado required crew chiefs to arrive at 6:30 a.m.

7. Also, in approximately late August, 2010, weatherization workers and laborers were required to arrive at the Advantage Weatherization warehouse at 6:45 a.m.

8. When hourly workers arrived at the Advantage Weatherization warehouse in the morning, we would clean out the trucks, load trucks with tools and materials, and leave for the job site.

9. From the time I was hired to the time I resigned from Advantage Weatherization, I would always check the trucks to make sure they were loaded with all the materials and tools I needed when I arrived in the morning.

10. Crew chiefs, weatherization workers and laborers would help load trucks in the morning prior to leaving for the job site.

11. Prior to us leaving for the job site, I instructed weatherization workers and laborers on my crew to load materials and tools into trucks. They would do so.

12. After Derek Amaral complained to the company for not paying overtime properly, some time in 2012, Advantage Weatherization said that weatherization workers could not load trucks in the morning. Still, after then, I sometimes had weatherization worker Mike Santos and laborers Sean Buchannan or Nelson Medina help me load trucks.

13. Brian Machado knew that if he did not send workers to the job site in Advantage trucks in the morning, he would not have enough workers show up at the job site.

14. Derek Amaral was a hard worker who often worked in hot attics that sometimes reached a temperature of as much as 138 degrees.

15. Derek Amaral would arrive early at work.

16. I saw Derek Amaral load respirators, markers, staples, and other tools and materials into trucks before he left in his truck for the job site.

17. Many workers had to travel a great distance to get to the Advantage Warehouse every morning for work.

18. For instance, Jonell Wynter travelled from her home in Dorchester by bus and/or train and would arrive at 7:00 a.m.

2

19. Brian Machado could not change company rules or policies without the approval of Joe Lambalot and John Kelly.

20. I gave Mike Medeiros and Mike Santos a ride to work every day.

21. Every crew had two trucks and, of course, two truck drivers. On my crew, I usually drove one truck, and Mike Santos usually drove the second truck.

22. If Mike Santos did not drive a truck, Nelson Medina would usually drive the truck.

23. Most of the crew chiefs and weatherization workers I worked with at Advantage Weatherization believed Advantage Weatherization should have paid them overtime for work performed before 8am and after 4:30pm, but were too scared to say anything out of fear for losing their jobs.

24. In 2011, Richard, a Local 7 union employee informed us that we should be paid for the time we work before 8:00 a.m. and after we left the job site.

25. For a few weeks thereafter, I filled out my timesheet with the actual time I arrived at work and the actual time I left work. My days would sometimes reach 12 hours total work time.

26. When Brian Machado saw those timesheets, he ripped them up and required me to fill out new timesheets with false times on them: 8:00 a.m. punch "IN" times, and 4:30 p.m. punch "OUT" times.

27. At no time during my work for Advantage Weatherization did the company pay me for work I performed before 8:00 a.m. or after I left the job site.

28. When others filled out timesheets showing true punch in and punch out times, Brian Machado would "white out" the time entries and show less time worked.

Eventually, Mr. Machado was not allowed to "white out" timesheets, so he just ripped them up and required workers to fill out new ones.

29. Derek Amaral was one of the only Advantage Weatherization workers who voiced workers' desire to be paid according to law and the union contract.

30. After Derek Amaral started complaining about Advantage Weatherization's failure to pay overtime in compliance with federal law, Joe Lambalot and/or Brian Machado sent Derek to Norton, Massachusetts with the worst weed wacker to clear a huge field of tall weeds. When that weed wacker died, Advantage Weatherization gave Derek a manual weed cutter to use. It was obvious to me and others that Advantage Weatherization did this to punish Derek for complaining about the company's failure to pay overtime.

31. Derek would call me and I told him that I could not afford to lose my job. I was helping my mother pay her mortgage.

32. I was mistreated by Brian Machado after Derek was laid off by the company because Brian thought I was providing Derek Amaral information about the company.

33. I told Mr. Machado that I was not telling Mr. Amaral anything about the company and to stop mistreating me.

34. Brian responded, "What, you want to end up like Derek?" Mr. Machado said that or "What do you want to get, the Derek treatment?" to me on many occasions.

35. The weatherization workers I know who are still working at Advantage Weatherization want to join this lawsuit but know that if they join the lawsuit,

4

they will be fired or intentionally treated so poorly that they will have no choice but to quit.

36. At the end of the day, John Kelly could easily see whether trucks were still on their way back from the job site. If the front door to the Advantage Warehouse was open, trucks were still on their way back.

37. When I returned my truck to the Advantage Weatherization warehouse at the end of the day, I would always remove my personal tools from the truck and, in cold months, my co-workers and I would usually remove the two-part foam tanks from the trucks.

38. Steve Kurowski kept daily records of the crews, crew chiefs, weatherization workers, and laborers on each crew.

39. All supervisors kept track of who worked on what jobs each day.

40. Starting in mid-2012, truck drivers had to fill out truck inspection forms every day.

_____
Luciano Pereira

STATE OF RHODE ISLAND
Providence, Sc.

Sworn and subscribed before me at Providence, RI on December 26, 2013.

_____
Notary Public

Commission Expires 8/26/2017

5

Presented by

DEREK AMARAL
By His Attorney,

/s/ Chip Muller
Chip Muller, Esq. (BBO # 672100)
Muller Law, LLC
155 South Main Street, Suite 101
Providence, RI 02903
(401) 256-5171 (ph)
(401) 256-5178 (fax)
chip@chipmuller.com

Dated: December 26, 2013

## CERTIFICATION

I hereby certified that on this 26th day of December 2013, I served a true copy of this document, via this Court's CM/ECF, to:

James F. Grosso, Esq.
O'Reilly, Grosso & Gross, P.C.
1661 Worcester Road, Suite 403
Framingham, MA 01701-5400
jgrosso@ogglaw.com

/s/ Chip Muller