# EXHIBIT D

Page 1

Volume I
Pages 1-120

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS
CA No. 1:12-CV-11583-DPW

DEREK AMARAL, Individually and on
behalf of all Current and Former
Similarly-Situated Employees of
Defendants,
    Plaintiff,

vs.

ADVANTAGE WEATHERIZATION, INC.
and JOHN KELLY,
    Defendants.

* * * * *

    VIDEOTAPED DEPOSITION OF SCOTT R. WHEELER, called as a witness by counsel for the Plaintiff, pursuant to the applicable provisions of the Federal Rules of Civil Procedure, before Carol S. Kershaw, Certified Shorthand Reporter and Notary Public in and for the Commonwealth of Massachusetts, taken at the offices of O'Reilly, Grosso & Gross, PC, 1661 Worcester Road, Suite 403, Framingham, Massachusetts, on Tuesday, October 15, 2013, commencing at 10:45 a.m.

************************
FLYNN REPORTING ASSOCIATES
Professional Court Reporters

(508) 755-1303  *  (888) 244-8858
www.flynnreporting.com

1  Q. You mean Joe's office?

2  A. Joe's office.

3  Q. Would Joe be there when you arrived?

4  A. Yeah.

5  Q. Who else was there when you arrived?

6  A. Most of the time it was just Joe. Brian
7  would be there every now and then.

8  Q. So what did you do after you had the job
9  order?

10  A. I would go over it and see what I needed
11  for different products, find out which truck I was
12  going to use, and go over and back it up to the
13  trailers that had the insulation in it, figure out
14  how much I needed.

15  Q. The insulation, is that outside the
16  warehouse?

17  A. Yeah, it's outside in trailer trucks.

18  Q. So what would you do first? Is that what
19  you would do first, you would go back up the trucks
20  to the trailers and get insulation?

21  A. Yeah, for the most part, because that was
22  the biggest, the biggest job to get finished,
23  especially if it was a big job and you needed 60 or
24  70 bundles.

1   Q.   Besides insulation, what else would you
2   load in a truck?
3   A.   Make sure we had all the right tools that
4   you needed.  You know, you might need some drills,
5   you know, a saw.  Like I said, dryer vents, roof
6   vents, caulking, foam insulation that you used for
7   the ceilings in the cellar and the attics.
8   Q.   Insulation, saw, dryer vents, roof vents,
9   caulking, foam, anything else?
10  A.   Stiff insulation, they come in sheets like
11  four by six or eight foot sheets.  Pipe insulation
12  if, you know, depending on what the job required.
13  Q.   Windows?
14  A.   No, I never saw windows.  They usually went
15  and got that.
16       You usually went to a glass place and got
17  those and had them cut, and then you would just take
18  out the old, the broken window or cracked or whatever
19  it would be, and just put the new one in and caulk
20  around it and that would be it.
21  Q.   To your knowledge, how were windows
22  delivered to the job site?
23  A.   I know Joe picked one up for me a couple of
24  times and brought it down to a house.  I just gave

  1   Q.  How about Mr. Kelly?
  2   A.  I didn't see Mr. Kelly that often.
  3   Q.  Now, when did Mr. Lambalot want the trucks
  4   to leave in the morning?
  5   A.  Well, as early as possible, but no later
  6   than 8:00.
  7   Q.  When did Mr. Lambalot want trucks to arrive
  8   on the job site?
  9   A.  Like I said, if you could get there, you
 10   know, as early as possible.  I mean, he would start
 11   making sure, once it was like 7:00, 7:30, he would
 12   start getting on everybody to, you know, get the
 13   stuff in the truck and get together and get out.
 14   Q.  When did you typically arrive on the job
 15   site?
 16   A.  I usually get there at 6:30.
 17   Q.  No, the job site?
 18   A.  The job site, depending upon where it was.
 19   Sometimes you would get there within an hour, you
 20   know, a half-hour.  Sometimes it was an hour and a
 21   half.  It all depends on where you went.
 22   Q.  I'm asking about the time that you actually
 23   arrived on the job site.  Can you characterize when
 24   you typically arrived at the job site in the truck?