# EXHIBIT E

1  we had to be at the job at 7. depending on where the job
2  was we had to get in the truck to drive
3     Q.    So he told that you would not be paid for the
4  time between 7 and 8.
5     A.    Yes. It was just volunteer an hours because we
6  had to get a ride to the job. Because we never knew
7  where we were working until we got to shop that day.
8  Sometimes it would be a 2 days house. And other time we
9  do one house a day.
10    Q.    Okay. Fair to say that in 2010 you did not know
11 where you would be working when you were a weatherization
12 worker until you arrived?
13    A.    Corrects
14    Q.    And did you ever do any weatherization work in
15 2011?
16    A.    I could have worked because I was working in the
17 shop but I also worked on the road. Soemtimes I worked
18 Everett. I think there was a big project in everett. I
19 would go to if somebody called in sick, so I be sporatic.
20 Like I'd maybe do one or two days out there and then I
21 would go back into the shop during the day.
22    Q.    To your knowledge did the did that practice ever
23 change at any time in your employment for advantage
24 weatherization that the weatherization workers would find
25 out whether they were work morning they arrived? Was

1   Q.   In 2011?

2   A.   Yes.

3   Q.   And part of 2012 until things changed?

4   A.   Right.

5   Q.   How about pressure treated wood?

6   A.   That's the -- the pressure is like I'm talking
7   about the plywood.  They use pressure treated because
8   it's for outdoors, for doors or hatches.  That they would
9   try to keep a piece on the truck which would be puts on
10  by the warehouse workers, but if they needed an extra or
11  they needed a hatch and a door, they'd have to grab an
12  extra piece of pressure treated wood, yes.

13  Q.   And you saw a weatherization worker load that
14  that in 2010, 2011, and the earlier part of 2012?

15  A.   Yeah, I mean. Don't get wrong.  Sometimes they
16  would ask the warehouse -- the warehouse worker was
17  stanidng around and they say hey, I need some more
18  plywood.  Can you get it?  He would get it.  Not every
19  day they had need their piece of plywood.  They'd get it,
20  but sometimes they had to if -- because the warehouse
21  work was helping one of the other 10 trucks on their work
22  order.

23  Q.   Now, foam board.  That wasn't one of the main
24  stays that you mentioned?

25  A.   No.  That's something we use depending on the

1   Q.   And was that announced at a meeting?
2   A.   I believe they did have a meeting. I wasn't --
3   it happened before I even got there. I think it was 7
4   o'clock meeting, and I did get there until, but I think
5   when it went into effect they had meeting of -- the
6   company like tool box meeting in the morning.
7   Q.   When did that meeting occur?
8   A.   That I'm not sure about. I wasn't there for it.
9   Q.   Did it occur this year?
10  A.   I believe so, yes. Because they have -- I think
11  they've only been paying or keeping track of drivers for
12  2013.
13  Q.   Some I'll direct your attention back to exhibit
14  A and let's look at the back of it. If you could go to
15  the last page is -- what is does the last page show?
16  A.   9/14/13.
17  Q.   Yes, 9/14/13. Is that the new time sheet that
18  you were talking about.
19  A.   Yes.
20  Q.   Okay and let's look at the previous page.
21  9/7/13. Is that old time sheet.
22  A.   Yes.
23  Q.   Fair to say the September this year's when the
24  this new time sheet went into effect.
25  A.   Yes.

78

1  detailed, fair to say that advantage weatherization
2  needed a certain amount of weatherization workers to show
3  up in the morning to make sure that everything got on
4  struck?
5              Lawyer:  Obejection.
6      A.   I mean, you don't know -- you could only need
7  one guy.  I mean, that whole truck could have needed
8  Q-lon.  One guy can grab that, so you don't knowt how
9  many people you would need to load -- you know what I'm
10 saying?  To load a truck on the extra stuff that they
11 needed, so you don't -- so I don't know how many people
12 they would say they would need to load -- you know what I
13 mean?
14     Q.   I'm not asking about how many people.  I'm not
15 asking for numbers.  I'm just saying that a certain
16 amount of weatherizations workers need to arrive in the
17 morning help stuff load on the trucks to get the --
18             Lawyer:  What's a certain amount?
19     Q.   Okay.
20     A.   Someone had to show up.
21     Q.   Well, let me puut it to you this way.  Fair to
22 say that --  fair to say that the warehouse workers
23 needed help before things change in 2012 to get
24 everything on truck in the morning.
25     A.   Yes.