# EXHIBIT G

1

UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

\* \* \* \* \* \* \* \* \* \* \* \*

**DEREK AMARAL, Individually and on behalf of all Current and Former Similarly-Situated Employees of Defendants,**
                              Plaintiff

    vs.                              C.A. NO.
                                          1:12-CV-11583

**ADVANTAGE WEATHERIZATION, INC. and JOHN KELLY,**
                              Defendants

\* \* \* \* \* \* \* \* \* \* \* \*

DEPOSITION of **DENNIS ANDREW DeGRAZIA**, a **WITNESS**, in the above-entitled cause, taken on behalf of the **PLAINTIFF**, before Carole A. Malaga, Notary Public in and for the State of Rhode Island, held at the offices of Muller Law, LLC, 155 South Main Street, Suite 101, Providence, Rhode Island, on September 17, 2013 at 9:00 A.M.

1          **MR. WHITNEY:** Objection to form.

2     **Q.** You agree that the contract does not state
3  whether the truck drivers are performing work as
4  they drive AWI trucks to the job site?

5     **A.** I don't recall, no.

6     **Q.** Now, you agree, as someone who is familiar
7  with overtime laws, you agree that if a worker is
8  working and a supervisor is aware of it, that they
9  need to be paid for that time?

10          **MR. WHITNEY:** Objection to the
11 form, including the foundation.

12          **MR. GROSSO:** Objection to the
13 form.

14    **A.** Right.

15    **Q.** Mr. Kelly knew about this -- did Mr. Kelly
16 review a draft of this memo, Exhibit 5?

17    **A.** Yes.

18    **Q.** And he approved it, obviously?

19    **A.** Yes.

20    **Q.** Who made the decision -- who made the
21 decision to, in September of 2010 -- let me back up
22 and clean up the question.

23          In September of 2010, who made the decision
24 to pay field employees only upon entering the job

Case 1:12-cv-11583-LTS   Document 87-10   Filed 12/27/13   Page 4 of 5

108

1   site?
2      A.   John Kelly would have made all those ultimate
3   decisions.
4      Q.   Regarding the payment of employees?
5      A.   Yes.
6      Q.   In the memo it talks about an immediate
7   supervisor, in the third paragraph of the first
8   page.
9      A.   Yeah.
10     Q.   Do you understand that to be a crew chief or
11  a superintendent?
12     A.   Or a superintendent.
13     Q.   You agree that under the contract, a
14  supervisor or crew chief can direct a Weatherization
15  worker to load or unload materials or equipment in
16  and out of the trucks?
17     A.   A crew chief can direct a field worker; is
18  that what you said?
19     Q.   Yes, to loads or unload materials at the
20  warehouse.
21     A.   Sure.
22     Q.   How do you know that Mr. Kelly set policies
23  and practices regarding the payment of overtime?
24              MR. GROSSO:   Objection.

1          **MR. WHITNEY:** Objection to form.
2          **STENOGRAPHER:** I'm sorry. Please
3  repeat that, I'm not sure I have it correct.
4     **Q.** How do you know that Mr. Kelly set AWI
5  policies and practices with respect to overtime?
6          **MR. WHITNEY:** Objection to form.
7     **A.** He was the president. He had ultimate
8  authority over everything.
9     **Q.** Did you discuss -- I mean, did you discuss it
10 with him?
11         **MR. WHITNEY:** Objection. Asked
12 and answered.
13    **A.** In the context of this memo (indicating)?
14    **Q.** In the context of Exhibit 5.
15    **A.** Yes.
16              **(BRIEF PAUSE)**
17    **Q.** Did you ever look at time sheets in 2011 or
18 2012, Weatherization workers' time sheets?
19    **A.** I don't recall if ever any passed by my desk,
20 but I wasn't involved with payroll.
21    **Q.** But you are aware that the time sheets, most
22 of the time sheets, showed a punch-in time of 8 A.M.
23 and punch-out time of 4:30 P.M.?
24    **A.** I believe the employee had to write in the