# EXHIBIT I

WHEN RECORDED RETURN TO:

Steven L. Charlip, LLC
83 Ridgeway Road
Weston, MA 02493
ATTN: Steven L. Charlip, Esq.



2012 00125410
Bk: 42469 Pg: 75 Page: 1 of 3
Recorded: 12/28/2012 01:48 PM
ATTEST: John R. Buckley, Jr. Register
Plymouth County Registry of Deeds

MASSACHUSETTS EXCISE TAX
Plymouth District ROD #11 001
Date: 12/28/2012 01:48 PM
Ctrl# 961133 30175 Doc# 00125410
Fee: $4,104.00 Cons: $900,000.00

CANCELLED

## QUITCLAIM DEED

**BROCKTON 1120/CIF II, LLC**, a Massachusetts limited liability company, having a mailing address of c/o Condyne, LLC, Suite 3, 1150 West Chestnut Street, Brockton, MA 02301 for consideration paid, and in full consideration of Nine Hundred Thousand Dollars ($900,000.00), the receipt and sufficiency of which are hereby acknowledged grants to CIP 1120 Realty LLC, a Massachusetts limited liability company, having an address of c/o Condyne, LLC, 1150 West Chestnut Street, Suite 3, Brockton, Massachusetts 02301 ("Grantee"),

with **QUITCLAIM COVENANTS**

all of Grantor's right, title and interest in and to that certain real property, together with all the buildings and improvements thereon, located at 1120 West Chestnut Street in the City of Brockton, County of Plymouth, Commonwealth of Massachusetts, more particularly described on Schedule A attached hereto and incorporated herein by reference. This conveyance is made subject to all real estate taxes assessed and not yet due and payable and is further subject to and with the benefit of all easements, covenants, restrictions, reservations, rights, agreements, takings, leases and other matters of record, to the extent in force and effect.

Grantor hereby certifies that Grantor is not taxed as a corporation for federal or state income tax purposes and therefor a tax waiver from the Massachusetts Department of Revenue is not required.

For Grantor's title see that certain Quitclaim Deed from ALVIN NATHANSON, ESQ., AS RECEIVER IN U.S. DISTRICT COURT (MASSACHUSETTS DISTRICT) CIVIL ACTION NO. 10-11317 to Grantor dated December 7, 2012, recorded with the Plymouth County Registry of Deeds in Book 42451, Page 329, and that certain Deed of Andrew R. Logie, Trustee of Chestnut Street Realty Trust, dated February 6, 2008 and recorded with the Plymouth County Registry of Deeds in Book 35592, Page 51.

[No further text on this page. See next page for signatures and acknowledgment.]

Address of Property: 1120 West Chestnut Street, Brockton, Massachusetts 02301.

JANICE E. ROBBINS
WYNN & WYNN, P.C.
90 NEW STATE HIGHWAY
RAYNHAM, MA 02767

This Quitclaim Deed is executed under seal on December 28, 2012.

BROCKTON 1120/CIF II, LLC, a Massachusetts limited liability company

By: _____
Jeffrey C. O'Neill, Manager

COMMONWEALTH OF MASSACHUSETTS

Plymouth, ss                                    Dec. 21st, 2012

Before me, the undersigned notary public, personally appeared the above named Jeffrey C. O'Neill, as Manager of BROCKTON 1120/CIF II, LLC, whose name is signed on the preceding document, and such person acknowledged to me that he signed such document voluntarily, for its stated purpose. The identity of such person was proved to me through satisfactory evidence of identification, which was [ ] photographic identification with signature issued by a federal or state governmental agency, [ ] oath or affirmation of a credible witness, or [x] personal knowledge of the undersigned.

_____
Notary Public
My Commission Expires: June 27, 2019

LISA ANNE LIZOTTE
Notary Public
COMMONWEALTH OF MASSACHUSETTS
My Commission Expires
June 27, 2019

2