# EXHIBIT J

 **William Francis Galvin**
Secretary of the Commonwealth of Massachusetts 

HOME     DIRECTIONS     CONTACT US

Search sec.state.ma.us

[ Search ]

# Corporations Division

## Business Entity Summary

**ID Number: 001075186**     [ Request certificate ]   [ New search ]

### Summary for: CIP 1120 REALTY LLC

| |
|---|
| **The exact name of the Domestic Limited Liability Company (LLC):**   CIP 1120 REALTY LLC |
| **Entity type:**   Domestic Limited Liability Company (LLC) |
| **Identification Number:** 001075186 |
| **Date of Organization in Massachusetts:**   03-22-2012 |
| **Last date certain:** |
| **The location or address where the records are maintained** (A PO box is not a valid location or address): |
| Address:    1150 WEST CHESTNUT STREET SUITE 3 |
| City or town, State, Zip code, Country:      BROCKTON,   MA   02301   USA |
| **The name and address of the Resident Agent:** |
| Name:     JEFFREY O'NEILL |
| Address:    TWO ADAMS PLACE SUITE 100 |
| City or town, State, Zip code, Country:      QUINCY,   MA   02169   USA |

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | DONALD F O'NEILL | 1150 WEST CHESTNUT STREET BROCKTON, MA 02301 USA |
| MANAGER | JOHN C KELLY | 1150 WEST CHESTNUT STREET BROCKTON, MA 02301 USA |
| MANAGER | JEFFREY C O'NEILL | 1150 WEST CHESTNUT STREET BROCKTON, MA 02301 USA |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
| | | |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | JEFFREY C O'NEILL | 1150 WEST CHESTNUT STREET BROCKTON, MA 02301 USA |

⬜ **Consent**     ⬜ **Confidential Data**     ⬜ **Merger Allowed**     ⬜ **Manufacturing**

**View filings for this business entity:**

| ALL FILINGS |
|---|
| Annual Report |
| Annual Report - Professional |
| Articles of Entity Conversion |
| Certificate of Amendment |