# EXHIBIT K



# William Francis Galvin
Secretary of the Commonwealth of Massachusetts



HOME    DIRECTIONS    CONTACT US

Search sec.state.ma.us

## Corporations Division

### Business Entity Summary

**ID Number:** 001020287

[Request certificate]  [New search]

**Summary for:** IRONCLAD EQUIPMENT LEASING CO. LLC

| | |
|---|---|
| The exact name of the Domestic Limited Liability Company (LLC): | IRONCLAD EQUIPMENT LEASING CO. LLC |
| Entity type: | Domestic Limited Liability Company (LLC) |
| Identification Number: | 001020287 |
| Date of Organization in Massachusetts: | 01-21-2010 |
| Last date certain: | |

**The location or address where the records are maintained** (A PO box is not a valid location or address):

Address:   1150 WEST CHESTNUT STREET SUITE 3
City or town, State, Zip code, Country:   BROCKTON, MA 02301 USA

**The name and address of the Resident Agent:**

Name:   ADAM M. ZAIGER
Address:   2 INTERNATIONAL PLACE CHOATE, HALL & STEWART LLP
City or town, State, Zip code, Country:   BOSTON, MA 02110 USA

**The name and business address of each Manager:**

| Title | Individual name | Address |
|---|---|---|
| MANAGER | JEFFREY C O'NEILL | 1150 WEST CHESTNUT STREET BROCKTON, MA 02301 USA |
| MANAGER | JOHN KELLY | 1150 WEST CHESTNUT STREET BROCKTON, MA 02301 USA |
| MANAGER | DONALD O'NEILL | 1150 WEST CHESTNUT STREET BROCKTON, MA 02301 USA |

**In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:**

| Title | Individual name | Address |
|---|---|---|
| SOC SIGNATORY | ADAM M ZAIGER | 2 INTERNATIONAL PLACE BOSTON, MA 02110 USA |
| SOC SIGNATORY | DONALD O'NEILL | 1150 WEST CHESTNUT STREET BROCKTON, MA 02301 USA |
| SOC SIGNATORY | JOHN KELLY | 1150 WEST CHESTNUT STREET BROCKTON, MA 02301 USA |
| SOC SIGNATORY | JEFFREY O'NEILL | 1150 WEST CHESTNUT STREET BROCKTON, MA 02301 USA |

**The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:**

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | JEFFREY O'NEILL | 1150 WEST CHESTNUT STREET BROCKTON, MA 02301 USA |
| REAL PROPERTY | DONALD O'NEILL | 1150 WEST CHESTNUT STREET BROCKTON, MA 02301 USA |
| REAL PROPERTY | JOHN KELLY | 1150 WEST CHESTNUT STREET BROCKTON, MA 02301 USA |

☐ Consent    ☐ Confidential Data    ☐ Merger Allowed    ☐ Manufacturing

View filings for this business entity: