# EXHIBIT L

VEHICLE SCHEDULE

IRONCLAD EQUIPMENT LEASING

| Veh # | Client # | Year | Make | Model | Vin# | Truck # |
|---|---|---|---|---|---|---|
| 1 | | 2007 | Mobil | Utility | 1M9BF162671553615 | |
| 2 | | 2006 | ISU | NPR | JALC4B16667005993 | 105 |
| 3 | | 2006 | Ford | Ecovan | 1FTNE24W06HB35314 | 107 |
| 4 | | 2006 | INTL | CFSERI | 3HAJEAVHX6L191931 | 118 |
| 5 | | 2006 | Chevy | W4500 | J8BC4B16667001709 | 119 |
| 6 | | 2005 | Buick | Rendez | 3G5DA03E45S513166 | 126 |
| 7 | | 2006 | Ford | E350 | 1FDSE35LX6HA08658 | 102 |
| 8 | | 2006 | ISU | NPR | JALB4B16867014917 | 104 |
| 9 | | 2006 | Ford | Ecovan | 1FTNE24W86DA89691 | 106 |
| 10 | | 2005 | ISU | NPR | JALC4B16257003365 | 114 |
| 11 | | 2006 | GMC | W4500 | J8DC4B16067004810 | 116 |
| 12 | | 2005 | Ford | Cutvan | 1FDSE35L35HA51916 | 122 |
| 13 | | 2006 | Ford | Cutvan | 1FDWE35L86HA69380 | 101 |
| 14 | | 2007 | GMC | W4500 | J8DC4B16077008583 | 103 |
| 15 | | 2006 | ISU | NPR | JALC4B16867002397 | 108 |
| 16 | | 2005 | Ford | F250 | 1FTNF21515EA17006 | 124 |
| 17 | | 2005 | INTL | 4300 | 1HTMMAAL85H137249 | 120 |
| 18 | | 2006 | Ford | Cutvan | 1FDSE35L96HA53669 | 123 |
| 19 | | 2006 | Chevy | W4500 | J8BC4B16667008434 | 110 |
| 20 | | 2008 | ISU | NPR | JALC4W16787000683 | 115 |
| 21 | | 2005 | FRHT | | 1FVACWDC95HU61844 | 109 |
| 22 | | 2006 | GMC | Cabcha | J8DC4B16267002671 | 111 |
| 23 | | 2005 | GMC | Savcut | 1GDHG31U351176247 | 121 |
| 24 | | 2009 | GMC Sierra | C2500 | 1GDHC49K09E142477 | 125 |

# DRIVER/VEHICLE EXAMINATION REPORT

Aspen 2.13.2.4

Massachusetts State Police
Commercial Vehicle Enforcement Section
906 Elm Street
Concord, MA 01742
Phone: (978)369-1004  Fax:

Report Number: MABN00003272
Inspection Date: 12/05/2011
Start: 4:15:00 PM ET   End: 4:24:36 PM ET
Inspection Level: III - Driver Only
HM Inspection Type: None

IRONCLAD EQUIPMENT LEASING CO LLC
TWO ADAMS PLACE SUITE 100
QUINCY, MA 02169
USDOT#: 02012377      Phone#: (617)237-1842
MC/MX#:                Fax#:
State#:

Driver: MORAIS, JEFFREY N
License#: S63857814                    State: MA
Date of Birth: 10/28/1984
CoDriver:
License#:                              State:
Date of Birth:

Location: H-ANDOVER
Highway: 495 SB
County: ESSEX, MA

MilePost:
Origin: BROCKTON, MA
Destination: HAVERHILL, MA

Shipper: IRONCLAID
Bill of Lading: N/A
Cargo: INSULATION

## VEHICLE IDENTIFICATION

| Unit | Type | Make | Year | State | Plate # | Equipment ID | VIN | GVWR | CVSA # | CVSA Issued # | OOS Sticker |
|---|---|---|---|---|---|---|---|---|---|---|---|
| 1 | TR | FRHT | 2005 | MA | N83414 | | 1FVACWDC95HU61844 | 26,000 | | | |

BRAKE ADJUSTMENTS: No Brake Measurements Required For Level 3

## VIOLATIONS

| Section | Type | Unit | OOS | Citation # | Verify | Crash | Violations Discovered |
|---|---|---|---|---|---|---|---|
| 391.45(b) | F | D | N | | N | N | Driving a CMV with an expired medical certificate that expired on 03/06/2011 |
| 89-4C | S | D | N | v | N | N | Third Lane Violations (392.2OT C.F.R) |

HazMat: No HM Transported.                         Placard: No   Cargo Tank:
Special Checks: Traffic Enforcement

Failure to return this report with the required certification can result in penalties up to $1,000 per day for each day the violation continues, up to a total of $10,000.
Signature Of Repairer X:_____ Facility:_____ Date:_____

DRIVER: This report must be furnished to the motor carrier whose name appears at the top of this form. NOTE TO MOTOR CARRIERS: Return this report to the address on the top of this form with SUFFICIENT EVIDENCE THAT REPAIRS HAVE BEEN MADE OR VIOLATIONS CORRECTED (repair bills, work orders, copy of valid license or medical certificate, inspection report or log book). Failure to comply may result in further action (Ma General Law 90, sections 2,9 &20). If the registrar determines that a commercial motor vehicle is unsafe, improperly equipped, or unfit to be operated, he may refuse to register such vehicles, or may suspend or revoke a registration. *CARRIER CERTIFICATION: The undersigned certifies that all violations on this report have been corrected and action taken to assure compliance with the Motor Carrier Safety and HM Regulations insofar as they are applicable to motor carriers and drivers. This certification MUST BE SIGNED by the Motor Carrier and RETURNED WITHIN 15 days.

Signature Of Motor Carrier X:_____  Title: President  Date: 12/14/11

Report Prepared By: TPR J M TOTO
Badge #: 2686
Copy Received By: JEFFREY MORAIS
Page 1 of 1
02012377  MA  MABN00003272