# EXHIBIT M

Case 1:12-cv-11583-LTS Document 87-16 Filed 12/27/13 Page 1 of 2



# Corporations Division

## Business Entity Summary

ID Number: 043690302

Summary for: ADVANTAGE CONSTRUCTION, INC.

| | |
|---|---|
| The exact name of the Domestic Profit Corporation: | ADVANTAGE CONSTRUCTION, INC. |
| Entity type: | Domestic Profit Corporation |
| Identification Number: 043690302 | Old ID Number: 000820280 |
| Date of Organization in Massachusetts: 06-25-2002 | |
| | Last date certain: |
| Current Fiscal Month/Day: 12/31 | Previous Fiscal Month/Day: 12/31 |

**The location of the Principal Office:**

Address: 1150 WEST CHESTNUT STREET SUITE 3

City or town, State, Zip code, Country: BROCKTON, MA 02301 USA

**The name and address of the Registered Agent:**

Name: JOHN C. KELLY

Address: 1150 WEST CHESTNUT STREET SUITE 3

City or town, State, Zip code, Country: BROCKTON, MA 02301 USA

**The Officers and Directors of the Corporation:**

| Title | Individual Name | Address |
|---|---|---|
| PRESIDENT | JOHN C KELLY | 259 CAIRN RIDGE ROAD EAST FALMOUTH, MA 02536 USA |
| TREASURER | JEFFREY C. O'NEILL | 94 GAY ST. WESTWOOD, MA 02090 USA |
| SECRETARY | DONALD F. ONEILL | 14 RUSET WAY COHASSET, MA 02025 USA |
| DIRECTOR | JEFFREY C. O'NEILL | 94 GAY ST. WESTWOOD, MA 02090 USA |
| DIRECTOR | JOHN C. KELLY | 50 LINDEN ST. WALTHAM, MA 02452 USA |
| DIRECTOR | DONALD F. ONEILL | 14 RUSET WAY COHASSET, MA 02025 USA |

Business entity stock is publicly traded: ☐

The total number of shares and the par value, if any, of each class of stock which this business entity is authorized to issue:

| Class of Stock | Par value per share | Total Authorized | | Total Issued and outstanding |
|---|---|---|---|---|
| | | No. of shares | Total par value | No. of shares |
| CWP | $ 0.01 | 200,000 | $ 2000.00 | 0 |

☐ Consent ☐ Confidential Data ☐ Merger Allowed ☐ Manufacturing

View filings for this business entity: