# EXHIBIT N

**Chartis Claims, Inc.**
P.O. Box 1821
Alpharetta, GA 30023
(800) 448-9707
(new losses) Fax (866) 420-1404



## WORKERS' COMPENSATION
## CLOSED CLAIM NOTICE

March 28, 2011

ADVANTAGE CONSTRUCTION, INC.
TWO ADAMS PLAZA
SUITE 100
QUINCY, MA 02169
Attn : EILEEN HARKINS

| RE: | Insured | : ADVANTAGE CONSTRUCTION, INC. | | |
|---|---|---|---|---|
| | Carrier | : N U F I CO OF PITTSBURGH PA | | |
| | Claimant | : JASON MARCY | Claim Number | : 709-908664 |
| | Date of Injury | : 12/15/2010 | Employer Knowledge | : 01/14/2011 |
| | Reported to Chartis | : 01/19/2011 | | |

We have completed the handling of this claim. The file was closed on 03/25/2011. The following amounts were paid on the claim:

| Indemnity | : |
|---|---|
| Medical | : $425.25 |
| Legal | : $110.15 |
| Total Paid | : $535.40 |

**ADDITIONAL CLAIM INFORMATION:**

| Policy Number | : 006430048 |
|---|---|
| Loss Location | : 100 VETERANS WAY EVERETT, MA |
| Description of Accident | : EMP SETTING UP EXTENSION LADDER/RUNG OF LADDER SMASHED LT RING FINGER CAUSING LACERATION |
| Description of Injury | : LACERATION TO LT RING FINGER |

**RISK ANALYSIS INFORMATION:**

| Site Number: | |
|---|---|
| Level 2: | |
| Level 3: | |
| Level 4: | |
| Level 5: | |
| Level 6: | |

If you have any comments or questions, please feel free to contact me. Kindly refer to the above claim number on any correspondence.

Sincerely,
ALISHA OWENS
MEDICAL ONLY REPRESENTATIVE
159-WC ALPHARETTA, GA
(770) 870-2187
ALISHA.OWENS@CHARTISINSURANCE.COM
cc : KEATING GROUP OF MA LLC
Original