# EXHIBIT O

 

# William Francis Galvin
## Secretary of the Commonwealth of Massachusetts

HOME    DIRECTIONS    CONTACT US

Search sec.state.ma.us    [Search]

# Corporations Division

## Business Entity Summary

ID Number: 000969075    [Request certificate]   [New search]

Summary for: BROCKTON 1150/CIF II, LLC

| | |
|---|---|
| The exact name of the Domestic Limited Liability Company (LLC): | BROCKTON 1150/CIF II, LLC |
| Entity type: | Domestic Limited Liability Company (LLC) |
| Identification Number: | 000969075 |
| Date of Organization in Massachusetts: | 01-16-2008 |
| Last date certain: | |

The location or address where the records are maintained (A PO box is not a valid location or address):

Address:   1150 WEST CHESTNUT STREET SUITE 3
City or town, State, Zip code, Country:   BROCKTON, MA  02301  USA

The name and address of the Resident Agent:

Name:   JEFFREY C. O'NEILL
Address:   TWO ADAMS PLACE, SUITE 100
City or town, State, Zip code, Country:   QUINCY, MA  02169  USA

The name and business address of each Manager:

| Title | Individual name | Address |
|---|---|---|
| MANAGER | JEFFREY C O'NEILL | 1150 WEST CHESTNUT STREET BROCKTON, MA 02301 USA |

In addition to the manager(s), the name and business address of the person(s) authorized to execute documents to be filed with the Corporations Division:

| Title | Individual name | Address |
|---|---|---|
| SOC SIGNATORY | JEFFREY C O'NEILL | 1150 WEST CHESTNUT STREET BROCKTON, MA 02301 USA |

The name and business address of the person(s) authorized to execute, acknowledge, deliver, and record any recordable instrument purporting to affect an interest in real property:

| Title | Individual name | Address |
|---|---|---|
| REAL PROPERTY | JEFFREY C O'NEILL | 1150 WEST CHESTNUT STREET BROCKTON, MA 02301 USA |

☐ Consent    ☐ Confidential Data    ☐ Merger Allowed    ☐ Manufacturing

View filings for this business entity:

```
ALL FILINGS
Annual Report
Annual Report - Professional
Articles of Entity Conversion
Certificate of Amendment
```

[View filings]

Comments or notes associated with this business entity: