## UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF MASSACHUSETTS

| | | |
|---|---|---|
| DEREK AMARAL, Individually and on behalf of all Current and Former Similarly-Situated Employees of Defendants,<br>    *Plaintiff* | :<br>:<br>:<br>:<br>: | |
| v. | : | C.A. NO. 1:12-CV-11583 |
| ADVANTAGE WEATHERIZATION, INC. and JOHN KELLY,<br>    *Defendants* | :<br>:<br>:<br>: | |

### **PLAINTIFFS' MOTION TO COMPEL**

Pursuant to Rule 37 of the Federal Rules of Civil Procedure, Plaintiff Derek Amaral, individually and on behalf of all current and former similarly-situated employees of Defendants, moves this Honorable Court to compel Defendants John Kelly and Advantage Weatherization, Inc., to produce the documents or information requested below within twenty (20) days. The information requested is discoverable and reasonably calculated to lead to the discovery of admissible evidence for the reasons set forth in the accompanying memorandum of law.

WHEREFORE, Plaintiff Derek Amaral, individually and on behalf of all current and former similarly-situated employees of Defendants respectfully asks this Honorable Court to grant this Motion to Compel.

                                    DEREK AMARAL
                                    By His Attorney,


                                    /s/ Chip Muller
                                    Chip Muller, Esq. (BBO # 672100)
                                    Muller Law, LLC
                                    155 South Main Street, Suite 101
                                    Providence, RI 02903
                                    (401) 256-5171 (ph)

- 2 -

        (401) 256-5178 (fax)
        chip@chipmuller.com

Dated: January 7, 2014

## CERTIFICATIONS

Pursuant to Local Rule 7.1 and Fed. R. Civ. P. 37, I hereby certify that the Plaintiffs conferred in good faith with Defense counsel on November 21, 2013, December 20, 2013, December 21, 2013, and January 2, 2014, in an attempt to resolve or narrow this discovery dispute.

I hereby certify that on this January 7, 2014, a copy of this document was served via this Court's CM/ECF system upon Defendants' counsel of record:

James F. Grosso, Esq.
Miranda Jones, Esq.
O'Reilly, Grosso & Gross, P.C.
1661 Worcester Road, Suite 403
Framingham, MA  01701-5400

        /s/ Chip Muller