UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK AMARAL, Individually and on behalf of all Current and Former Similarly-Situated Employees of Defendants<br>Plaintiff<br><br>V.<br><br>ADVANTAGE WEATHERIZATION, INC.<br>And JOHN KELLY<br>     Defendants | C.A. NO. 1:12-CV-11583-DPW |

## MOTION TO STRIKE DECLARATIONS OF JOAO RODRIGUES, KEVIN KENNEDY, JONELL WYNTER AND LUCIANO PEREIRA'S SECOND DECLARATION AND REQUEST FOR HEARING

Now come the Defendants in the above-entitled matter and move to strike the Declaration of Kevin Kennedy and the second Declaration of Luciano Pereira that Plaintiffs filed electronically on January 7, 2104, and the Declarations of Jonell Wynter and Joao Rodrigues that Plaintiffs filed electronically on January 8, 2014. In support thereof, the Defendants state the following:

1. The Plaintiffs filed this lawsuit on August 28, 2012, against the Defendants seeking wages for all hours worked, overtime, and liquidated damages under the Fair Labor Standards Act and the Massachusetts Wage and Hour Laws.

2. The Defendants filed their Answer on January 21, 2013. On July 23, 2013, the Defendants filed their Amended Answer asserting a tenth affirmative defense.

3. On January 24, 2013, the parties filed a Stipulation Regarding Scope of Collective Action (See Exhibit A). The parties jointly proposed that this Court approve the Notice of the pendency of this suit that the Plaintiffs would disseminate to (former) employees of the Defendants, as established in Exhibit 1 of that joint Stipulation. (See Exhibit A).

4. In February of 2013, the Plaintiffs' counsel mailed out to (former) employees of the Defendants a document dated February 14, 2013, and entitled, "IMPORTANT NOTICE: Your Right to Join a Lawsuit Seeking to Recover Unpaid Overtime Wages from Advantage Weatherization, Inc," which incorporated the joint stipulations and established a deadline for interested parties to file a Notice of Consent. (See Exhibit B). In this Notice, the employees were notified that their Consent Forms must be returned to the Plaintiffs' counsel "in sufficient time to have it filed with this Court on or before **JUNE 14, 2013**."

5. Plaintiffs' counsel most likely has known the Declarants' identities since the beginning of the lawsuit and most definitely since the production of the employee list in January 2013. Plaintiffs' counsel has no reasonable excuse for not obtaining their Notices of Consent within the time allotted.

6. Luciano Pereira, Kevin Kennedy, Jonell Wynter and Joao Rodrigues, collectively known as "the Declarants," failed to file a Notice of Consent on or before June 14, 2013 deadline, and are consequently not a party to this law suit.

7. Declarant Luciano Pereira filed an untimely Notice of Filing Consent on December 27, 2013, to which the Defendants object.

8. Declarants Kennedy, Wynter and Rodrigues filed an untimely Notice of Filing Consent on January 8, 2014, to which the Defendants object.

Case 1:12-cv-11583-LTS Document 100 Filed 01/09/14 Page 3 of 4

9. The Declarants' Declarations are self-serving statements that contains unreliable heresay, that do not fall within any of the hearsay exceptions; have not been subject to cross-examination; and are not in response to Interrogatories.

10. The Plaintiffs have offered no legal justification for submitting these Declarations under either the Federal Rules of Civil Procedure or the Federal Rules of Evidence.

11. There is no legal basis for submitting these Declarations either under the Federal Rules of Civil Procedure or the Federal Rules of Evidence.

12. The fact discovery period in this matter will conclude on January 27, 2014.

13. By filing these Declarations in conjunction with the untimely filing of the Notices of Consent, the Declarants are attempting to contravene the Federal Rules of Civil Procedure and enter a Conditional Collective Action in violation of the Rules.

14. Rather than deposing the Declarants, pursuant to the Federal Rules of Civil Procedure, the Plaintiffs are attempting to circumvent the Rules and submit self-serving documents by filing these Declarations.

15. The Defendants have served Declarant Pereira with a Notice of Taking his Deposition prior to January 21, 2014. The Defendants intend to serve Declarants Kennedy, Wynter and Rodrigues with a Notice of Taking Deposition.

16. The interests of justice require that this Court strike these Declarations.

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the Defendants request an oral argument on this Motion.

Respectfully submitted by,
ADVANTAGE WEATHERIZATION, INC.
AND JOHN KELLY
By their attorney,

DATED: January 9, 2014

/s/ *Miranda S. Jones*
James F. Grosso – BBO 213320
Miranda S. Jones – BBO 557803
O'Reilly, Grosso & Gross, P.C.
1661 Worcester Road, Suite 403
Framingham, MA 01701-5400
Tel: 508/620-0055
jgrosso@ogglaw.com

CERTIFICATE OF SERVICE

I, Miranda S. Jones, hereby certify that on January 9, 2014, a copy of this Motion to Strike Declarations of Joao Rodrigues, Jonell Wynter, Kevin Kennedy and Luciano Pereira's Second Declaration was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. P arties may access this filing through the court's CM/ECF System.

/s/ *Miranda S. Jones*