UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK AMARAL, Individually and And on behalf of all Current and Former Similarly-Situated Employees of Defendants, <br>     Plaintiffs <br><br> V. <br><br> ADVANTAGE WEATHERIZATION, INC. And JOHN KELLY <br>     Defendants | ) <br> ) <br> ) <br> ) <br> ) <br> ) <br> ) C.A. NO. 1:12-CV-11583-DPW <br> ) <br> ) <br> ) <br> ) |

## DEFENDANTS' OPPOSITION TO NOTICES OF FILING NOTICE OF CONSENT

Now come the Defendants, Advantage Weatherization, Inc. (hereinafter "AWI") and John Kelly, Individually, and submit their opposition to the Plaintiffs' filing a Notice of Filing Notice of Consent for Kevin Kennedy and Joao Rodrigues. The Defendants assert that the filing of these two notices is untimely and therefore must not be allowed.

## FACTS

The Plaintiffs filed this lawsuit on August 28, 2012, against the Defendants seeking wages for all hours worked, overtime, and liquidated damages under the Fair Labor Standards Act and the Massachusetts Wage and Hour Laws. The Defendants filed their Answer on January 21, 2013. On July 23, 2013, the Defendants filed their Amended Answer asserting a tenth affirmative defense.

On January 24, 2013, the parties filed a Stipulation Regarding Scope of Collective Action (See Exhibit A). The parties jointly proposed that this Court approve the Notice of the pendency of this suit that the Plaintiffs would disseminate to (former) employees of the Defendants, as

established in Exhibit 1 of that joint Stipulation. (See Exhibit A). In February of 2013, the Plaintiffs' counsel mailed out to (former) employees of the Defendants a document dated February 14, 2013, and entitled, "IMPORTANT NOTICE: Your Right to Join a Lawsuit Seeking to Recover Unpaid Overtime Wages from Advantage Weatherization, Inc," which incorporated the joint stipulations and established a deadline for interested parties to file a Notice of Consent. (See Exhibit B). In this Notice, the employees were notified that their Consent Forms must be returned to the Plaintiffs' counsel "in sufficient time to have it filed with this Court on or before **JUNE 14, 2013**."

Additionally, Plaintiffs' counsel most likely has known the identity of Kevin Kennedy and Joao Rodrigues since the beginning of the lawsuit and most definitely since the production of the employee list in January 2013. Plaintiffs' counsel has shown the employee list to several witnesses during depositions over the last six months that has contained their names. Plaintiffs' counsel has no reasonable excuse for not obtaining their Notices of Consent within the time allotted.

The Plaintiffs' current attempt to file a Notice of Filing of Consent on behalf of Kevin Kennedy and Joao Rodrigues on January 8, 2014, is almost <u>seven months beyond the deadline date</u> of June 14, 2013. By filing these untimely Notices of Consent, along with the self-serving Declarations of Kevin Kennedy and Joao Rodrigues that the Plaintiffs filed on January 7, 2014, and January, 8, 2014, respectively, the Plaintiffs are attempting to contravene the Federal Rules of Civil Procedure and enter Kevin Kennedy and Joao Rodrigues into a Conditional Collective Action in violation of the Rules.

Therefore, the filing is untimely and must not be allowed in the interest of justice and fairness.

REQUEST FOR ORAL ARGUMENT

Pursuant to Local Rule 7.1(D), the Defendants request an oral argument on this Opposition.

ADVANTAGE WEATHERIZATION, INC.
AND JOHN KELLY
By their attorney,

DATED: January 9, 2014

/s/ Miranda S. Jones
James F. Grosso – BBO 213320
Miranda S. Jones – BBO 557803
O'Reilly, Grosso & Gross, P.C.
1661 Worcester Road, Suite 403
Framingham, MA 01701-5400
Tel: 508/620-0055
jgrosso@ogglaw.com

CERTIFICATE OF SERVICE

I, Miranda S. Jones, hereby certify that on January 6, 2014, a copy of this Opposition to Notices of Filing of Consent was filed electronically. Notice of this filing will be sent by e-mail to all parties by operation of the court's electronic filing system or by mail to anyone unable to accept electronic filing as indicated on the Notice of Electronic Filing. Parties may access this filing through the court's CM/ECF System.

/s/ Miranda S. Jones