UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

| | |
|---|---|
| DEREK AMARAL, Individually and on behalf of all Current and Former Similarly-Situated Employees of Defendants,<br>    Plaintiff<br><br>v.<br><br>ADVANTAGE WEATHERIZATION, INC. And JOHN KELLY,<br>    Defendants. | )<br>)<br>)<br>)<br>)<br>)   C.A. NO. 1:12-CV-11583<br>)<br>)<br>)<br>) |

**PLAINTIFFS' EMERGENCY MOTION TO ENFORCE SETTLEMENT AGREEMENT AND TO ADJUDGE IN CONTEMPT OF COURT**

Plaintiff Derek Amaral and all similarly-situated current and former employees of Defendants file this Emergency Motion to Enforce Settlement Agreement and to Adjudge in Contempt of Court. The parties reached a fair, reasonable, and adequate settlement, as documented in a Settlement and Stipulation Agreement ("Settlement Agreement"). The Settlement Agreement received this Court's preliminary approval on July 31, 2014. Dkt. #131 (granting Plaintiffs' Assented-to Motion for Class Certification, Appointment of Class Representative and Class Counsel, Preliminary Review of Settlement, Authorization of Distribution of Notice, and Setting Date for Final Fairness Hearing). Since, however, Defendants John Kelly and Advantage Weatherization, Inc. ("AWI"), have not followed the clear terms of the Settlement Agreement, by failing to fully fund the Settlement Escrow Account as promised. Defendants' actions and omissions constitute a material breach of the settlement agreement, constitute contempt of this Court's orders, jeopardize payments to Plaintiffs, and jeopardize settlement of this case as preliminarily approved by this Court.

1

This Court must protect the relief it ordered for the Plaintiffs by finding Defendants jointly and severally liable for their material and brazen breach of the Settlement Agreement. This Court must protect the integrity of this proceeding and Defendants' "solemn undertaking" by finding Defendants in contempt of the spirit and letter of this Court's order preliminarily approving the parties' settlement.  Wherefore, Plaintiffs ask this Honorable Court to:

1. Hold an emergency hearing on this Motion prior to October 27, 2014;

2. Find Defendants in material breach of the Settlement Agreement;

3. Find Defendants in contempt of this Court's July 31, 2014 order;

4. Order Defendants to ensure that they immediately deposit sufficient funds to ensure that the total amount of money they've deposited into the Settlement Escrow Account totals $500,000; and

5. Award Plaintiffs the fees and costs expended to draft and argue this motion.

>For the Plaintiffs,
>By their Attorney,
>
>/s/ Chip Muller
>
>Chip Muller, Esq. (BBO #672100)
>MULLER LAW, LLC
>155 South Main Street, Suite 101
>Providence, RI 02903
>(401) 256-5171 (Tel)
>(401) 256-5178 (Fax)
>chip@chipmuller.com

Respectfully filed this 9th day of October, 2014.

**LOCAL RULE 7.1 CERTIFICATION**

I hereby certify pursuant to this Court's Local Rule 7.1(a)(2) that I conferred with opposing counsel in a good faith attempt to resolved or narrow the issue presented in this motion.

/s/ Chip Muller
Chip Muller

**CERTIFICATE OF SERVICE**

I hereby certify that this document, filed through the CM/ECF system, will be electronically sent to the registered participants below on October 9, 2014.

James F. Grosso, Esq.
Miranda Jones, Esq.
O'Reilly, Grosso & Gross, P.C.
1661 Worcester Road, Suite 403
Framingham, MA  01701-5400
jgrosso@ogglaw.com

/s/ Chip Muller
Chip Muller