# EXHIBIT A

UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MASSACHUSETTS

DEREK AMARAL, Individually and on behalf :
of all current and former similarly-situated :
employees of Defendants, :
    *Plaintiff,* :
    :
v.    :   C.A. NO. 1:12-CV-11583-LTS
    :
ADVANTAGE WEATHERIZATION, INC. :
and JOHN KELLY, :
    *Defendants.* :

## DECLARATION OF ATTORNEY NANCY SHEINBERG

Having been duly sworn, I, Nancy Sheinberg, do depose and state:

1. My name is Nancy Sheinberg, and I am an attorney working at Muller Law, LLC.

2. I have personal knowledge of the facts set forth herein, or have been informed about the same by my agents, and, if called upon, could and would competently testify thereto under oath.

3. Terms used in this Declaration but not defined herein shall have the meanings set forth in the Stipulation and Settlement Agreement by and between Derek Amaral, on behalf of himself and all others similarly situated, on the one hand, and Advantage Weatherization, Inc. and John Kelly, on the other hand.

4. I am informed that Attorney Chip Muller spent 4.8 hours of time working on Plaintiffs' Emergency Motion to Enforce Settlement Agreement and To Adjudge In Contempt of Court ("Emergency Motion"), including discussions with counsel for Defendants and the Claims Administrator, legal research, and drafting the Motion and Memorandum in Support thereof.

5. I have spent, or anticipate I will spend, a total of 7.5 hours of time working on the Emergency Motion, including discussions with counsel for Defendants and the Claims Administrator, legal research, drafting a Motion to be Admitted Pro Hac Vice, and preparation for, travel in connection with and attendance at the hearing on the Emergency Motion.

6. At the fair and reasonable rates of $350 per hour and $275 per hour for Attorney Muller and myself, respectively, the total attorneys' fees in connection with the Emergency Motion equal $3,742.50.

7. Muller Law, LLC, has spent $156.16 in connection with the Emergency Motion on the fee for pro hac vice admission and travel expenses.

8. The attorneys' fees and costs of Muller Law, LLC, in connection with the Emergency Motion total $3,898.66.

Sworn under penalty of perjury:

_____          10/22/2014
NANCY SHEINBERG                           DATE

STATE OF RHODE ISLAND
PROVIDENCE COUNTY

SUBSCRIBED AND SWORN TO before me this 22th day of October, 2014.

_____
Notary Public
Comm. Exp.: 12-6-17

Ann MARIE IAfrate
Notary Public

2